SEALED

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § CRIMINAL NO. |
| MATTHEW NELSON TUNSTALL, | § |
| ROBERT REYES, JR., and | § A21 CR 223 LY |
| KYLE GEORGE DAVIES, | § |
| Defendants. | § |

FILED 2021 NOV -2 PM 2:01
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY KCC

## ORDER

Before the Court is the United States' Motion to Seal the Indictment and all related documents in the above-styled case, and after considering the same, the Court is of the opinion that is should be granted in the interest of law enforcement.

ACCORDINGLY, it is hereby ORDERED that the Clerk of the Court file the Indictment and all related documents under seal. It is further ORDERED, based upon the Motion, that the Indictment and all related documents be unsealed following the arrest of Matthew Nelson Tunstall, Robert Reyes, Jr., and Kyle George Davies (collectively, the "Defendants"). The United States may share the arrest warrants and Indictment with the appropriate law enforcement authorities to affect the Defendants' arrest.

IT IS FURTHER ORDERED that the United States' Motion to Seal, as well as this order shall remain sealed until such time as the warrant documents are unsealed.

SIGNED on this 2nd day of November, 2021.

UNITED STATES DISTRICT JUDGE
MAGISTRATE

2