**A21 CR 223 LY**

Sealed  **X**

Unsealed ____

Personal Data Sheet    USAO# **2016R18556**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  **X** NO
CASE NO. **N/A**

County: **TRAVIS**    **AUSTIN** Division    Judge: _____

Date: **GJ 11/2/21**   Mag Ct.# _____   SSN: _____   FBI#: _____

Case No.: _____    Trial Attorneys: **Rebecca Schuman & Michael Lang**

Defendant: **Matthew Nelson Tunstall**    Date of Birth: **REDACTED**

Address: _____

Citizenship:    United States _____    Mexican _____    Other _____

Interpreter Needed:    Yes _____    No _____    Language _____

Defense Attorney: _____    Employed _____

Address of Attorney: _____    Appointed: _____

Defendant is:    In Jail _____    Where: _____
              On Bond _____    Amt. of Bond _____    Where: _____

Date of Arrest: _____    Bench Warrant Needed _____

Prosecution By:    Information _____    Indictment **X**

Offense (Code & Description):
Count 1 – **Conspiracy, 18 U.S.C. § 371**
Count 2 – **Wire Fraud, 18 U.S.C. § 1343**
Count 3 – **Wire Fraud, 18 U.S.C. § 1343**
Count 4 – **Wire Fraud, 18 U.S.C. § 1343**
Count 5 – **Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**
Count 6 – **Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**
Count 7 – **Money Laundering, 18 U.S.C. § 1957**
Count 8 – **Money Laundering, 18 U.S.C. § 1957**

Offense Is:    Felony **X**    Misdemeanor _____

| | |
|---|---|
| Maximum Sentence: | Count 1 – **Maximum 5 years' imprisonment; Fine not to exceed $250,000 or twice the gross gain or loss from the offense (whichever is greater); Maximum 3 years of supervised release; $100 special assessment** |
| | Count 2 – **Maximum 20 years' imprisonment; Fine not to exceed $250,000 or twice the gross gain or loss from the offense (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.** |
| | Count 3 – **Maximum 20 years' imprisonment; Fine not to exceed $250,000 or twice the gross gain or loss from the offense (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.** |
| | Count 4 – **Maximum 20 years' imprisonment; Fine not to exceed $250,000 or twice the gross gain or loss from the offense (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.** |
| | Count 5 – **Maximum 20 years' imprisonment; Fine not to exceed $500,000 or twice the value of the property involved (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.** |
| | Count 6 – **Maximum 20 years' imprisonment; Fine not to exceed $500,000 or twice the value of the property involved (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.** |
| | Count 7 – **Maximum 10 years' imprisonment; Fine not to exceed $250,000 or twice the value of the property involved (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.** |
| | Count 8 – **Maximum 10 years' imprisonment; Fine not to exceed $250,000 or twice the value of the property involved (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.** |

Penalty is Mandatory:     Yes   X   As to special assessment          No  _____

Remarks:  _____

| | | |
|---|---|---|
| Sealed  X | **A21 CR 223 LY** | |
| Unsealed ___ | Personal Data Sheet   USAO#  **2016R18556** | |

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  **X** NO
CASE NO. **N/A**

County: **TRAVIS**     **AUSTIN** Division      Judge: ___

Date: **GJ 11/2/21**    Mag Ct.# ___    SSN: ___    FBI#: ___

Case No.: ___          Trial Attorneys: **Rebecca Schuman & Michael Lang**

Defendant: **Robert Reyes, Jr.**         Date of Birth: **REDACTED**

Address: ___

Citizenship:    United States ___    Mexican ___    Other ___

Interpreter Needed:   Yes ___   No ___   Language ___

Defense Attorney: ___          Employed ___

Address of Attorney: ___       Appointed: ___

Defendant is:   In Jail ___   Where: ___
                On Bond ___   Amt. of Bond ___   Where: ___

Date of Arrest: ___                  Bench Warrant Needed ___

Prosecution By:       Information ___       Indictment  **X**

Offense (Code & Description):
Count 1 – **Conspiracy, 18 U.S.C. § 371**
Count 2 – **Wire Fraud, 18 U.S.C. § 1343**
Count 3 – **Wire Fraud, 18 U.S.C. § 1343**
Count 4 – **Wire Fraud, 18 U.S.C. § 1343**
Count 5 – **Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**
Count 6 – **Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**
Count 7 – **Money Laundering, 18 U.S.C. § 1957**
Count 8 – **Money Laundering, 18 U.S.C. § 1957**

Offense Is:       Felony  **X**   Misdemeanor ___

| | |
|---|---|
| Maximum Sentence: | Count 1 – **Maximum 5 years' imprisonment; Fine not to exceed $250,000 or twice the gross gain or loss from the offense (whichever is greater); Maximum 3 years of supervised release; $100 special assessment** |
| | Count 2 – **Maximum 20 years' imprisonment; Fine not to exceed $250,000 or twice the gross gain or loss from the offense (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.** |
| | Count 3 – **Maximum 20 years' imprisonment; Fine not to exceed $250,000 or twice the gross gain or loss from the offense (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.** |
| | Count 4 – **Maximum 20 years' imprisonment; Fine not to exceed $250,000 or twice the gross gain or loss from the offense (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.** |
| | Count 5 – **Maximum 20 years' imprisonment; Fine not to exceed $500,000 or twice the value of the property involved (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.** |
| | Count 6 – **Maximum 20 years' imprisonment; Fine not to exceed $500,000 or twice the value of the property involved (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.** |
| | Count 7 – **Maximum 10 years' imprisonment; Fine not to exceed $250,000 or twice the value of the property involved (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.** |
| | Count 8 – **Maximum 10 years' imprisonment; Fine not to exceed $250,000 or twice the value of the property involved (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.** |

Penalty is Mandatory:        Yes   **X**   As to special assessment            No  _____

Remarks:   _____

**A21 CR 223 LY**

Sealed     X
Unsealed

Personal Data Sheet     USAO# **2016R18556**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES   **X** NO
CASE NO. **N/A**

County: **TRAVIS**     **AUSTIN** Division     Judge:
Date: **GJ 11/2/21**     Mag Ct.#     SSN:     FBI#:

Case No.:     Trial Attorneys: **Rebecca Schuman & Michael Lang**

Defendant: **Kyle George Davies**     Date of Birth: **REDACTED**
Address:
Citizenship:     United States     Mexican     Other
Interpreter Needed:     Yes     No     Language
Defense Attorney:     Employed
Address of Attorney:     Appointed
Defendant is:     In Jail     Where:
                On Bond     Amt. of Bond     Where:
Date of Arrest:     Bench Warrant Needed
Prosecution By:     Information     Indictment **X**

Offense (Code & Description):
Count 1 – **Conspiracy, 18 U.S.C. § 371**
Count 2 – **Wire Fraud, 18 U.S.C. § 1343**
Count 3 – **Wire Fraud, 18 U.S.C. § 1343**
Count 4 – **Wire Fraud, 18 U.S.C. § 1343**

Offense Is:     Felony **X**     Misdemeanor

Maximum Sentence:
Count 1 – **Maximum 5 years' imprisonment; Fine not to exceed $250,000 or twice the gross gain or loss from the offense (whichever is greater); Maximum 3 years of supervised release; $100 special assessment**

Count 2 – **Maximum 20 years' imprisonment; Fine not to exceed $250,000 or twice the gross gain or loss from the offense (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.**

        Count 3 – **Maximum 20 years' imprisonment; Fine not to exceed $250,000 or twice the gross gain or loss from the offense (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.**

        Count 4 – **Maximum 20 years' imprisonment; Fine not to exceed $250,000 or twice the gross gain or loss from the offense (whichever is greater); Maximum 3 years of supervised release; $100 special assessment.**

Penalty is Mandatory:　　　　Yes　**X　As to special assessment**　　　　No _____

Remarks: _____