UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. |
| MATTHEW NELSON TUNSTALL, ROBERT REYES, JR., and KYLE GEORGE DAVIES, Defendants. | § § § § § | A21 CR 223 LY |

## ORDER FOR BENCH WARRANT

It appearing to the Court that an indictment has been returned against Matthew Nelson Tunstall, Robert Reyes, Jr., and Kyle George Davies, it is hereby ORDERED that a warrant issue for the arrest of Robert Reyes, Jr.

ENTERED on this 2nd day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

FILED
2021 NOV -2 PM 2:00
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY KICC