# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21-cr-223-LY |
| | ) | |
| Matthew Nelson Tunstall (1) | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Matthew Nelson Tunstall                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ❑ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 371 - Conspiracy to Commit Wire Fraud
Counts 2-4: 18 U.S.C. § 1343 and 2 - Wire Fraud
Counts 5, 6: 18 U.S.C. § 1956(a)(1)(B)(i) and 2 - Money Laundering
Counts 7, 8:  18 U.S.C. § 1957 - Money Laundering

Date:     11/02/2021

_____
*Issuing officer's signature*

City and state:     Austin, Texas

Ka Kin Cheng, Courtroom Deputy
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*