FILED
November 9, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY

<u>**SEALED**</u>

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | |
| § | **CASE NO. A21-CR-223** |
| **MATTHEW NELSON TUNSTALL,** § | |
| **ROBERT REYES, JR., and** § | |
| **KYLE GEORGE DAVIES,** § | |
| Defendants. § | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through the undersigned Trial Attorneys from the Public Integrity Section of the U.S. Department of Justice's Criminal Division, respectfully requests that the Court unseal the Indictment in the above-captioned case. On November 2, 2021, the Grand Jury returned an Indictment. That same day, the Court granted the United States' Motion to Seal the Indictment. The United States submits that, at this time, the sealing of the Indictment is no longer necessary. Accordingly, the United States asks that the Indictment be unsealed.

Respectfully submitted,

Corey R. Amundson
Chief, Public Integrity Section

*/s/ Rebecca Schuman*
Rebecca M. Schuman, Trial Attorney
Michael N. Lang, Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
1301 New York Ave, NW
Washington, DC 20004
Email: Rebecca.Schuman@usdoj.gov
Phone: (202) 616-2794