<u>SEALED</u>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
November 9, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § § | **CASE NO. A21-CR-223** |
| **MATTHEW NELSON TUNSTALL,** § **ROBERT REYES, JR., and** § **KYLE GEORGE DAVIES,** § **Defendants.** § | |

**<u>ORDER</u>**

Upon motion of the government to unseal the indictment and for good cause shown, it is hereby ORDERED that the government's motion unseal the indictment is GRANTED.

**SO ORDERED.**

_____
Hon. Mark Lane
United States Magistrate Judge

Date: November 9, 2021