UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| v. | § § | NO:   AU:21-CR-00223(1)-LY |
| (1) Matthew Nelson Tunstall | § § | |

### ORDER APPOINTING COUNSEL (CJA)

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, therefore, **Worth D. Carroll** is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

Should this case proceed in the future before a United States District Judge, the appointment shall remain in effect until terminated, or a substitute attorney is appointed.

SIGNED this 15th day of November, 2021.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE