IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO: 1:21-CR-223-LY |
| § | |
| (1) MATTHEW NELSON TUNSTALL § | |

## ORDER SETTING MOTIONS HEARING, DOCKET CALL AND JURY SELECTION AND TRIAL

IT IS ORDERED that all pretrial motions by the defendant and the government shall be filed on or before **December 2, 2021**. Any response to a motion must be filed on or before **December 16, 2021**.

IT IS FURTHER ORDERED that the above entitled and numbered case is set for **Hearing on all Pending Pretrial Motions and Docket Call** in Courtroom No. 7, on the Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **January 13, 2022, at 9:30 AM**.

IT IS FURTHER ORDERED that the above entitled and numbered case is set for **Jury Selection and Trial** in Courtroom No. 7, on the Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **February 7, 2022, at 9:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FINALLY ORDERED that in the event the services of a court interpreter are required, counsel for the defendant shall notify the U.S. District Clerk's Office within five days of the date of the hearing.

SIGNED this 30th day of November, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE