IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

JAN 1 0 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
             DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 1:21-CR-223-LY |
| | § | |
| (1) MATTHEW NELSON TUNSTALL | § | |
| (2) ROBERT REYES, JR. | § | |
| (3) KYLE GEORGE DAVIES | § | |

## ORDER

Before the Court is Defendant Matthew Nelson Tunstall's, Unopposed Motion for Extension of Deadlines (Clerk's Doc. #48) filed December 1, 2021, Robert Reyes, Jr.'s, Unopposed Motion for Continuance of Trial and Related Deadlines (Clerk's Doc. #51) filed January 5, 2022, and Kyle George Davies's, Motion for Continuance (Clerk's Doc. #49) filed December 2, 2021. Having considered the motions,

**IT IS ORDERED that the motions are GRANTED. All pretrial motions shall be filed on or before April 29, 2022, and any response to a motion shall be filed on or before May 13, 2022.**

**IT IS FURTHER ORDERED that the above entitled and numbered case is set for Hearing on all pending pretrial motions and docket call is set for May 20, 2022, at 9:30 AM, with jury selection and trial on June 13, 2022, at 9:00 AM.**

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant additional time for pretrial preparation outweighs the best interest of the public and the Defendant in a speedy trial. The Court's basis for said finding is that the failure to grant such a continuance in this case would deny counsel for the Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due

diligence. *See* 18 U.S.C. § 3161(h)(7). Thus, the Court finds that the time between the previous trial setting of February 7, 2022, and the new setting of June 13, 2022, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h).

IT IS FURTHER ORDERED that counsel for the Defendant shall notify the Defendant of all Court settings and, if the Defendant is on bond, advise the Defendant that the Defendant must be present on the dates and times specified in this Order.

SIGNED this \_\_\_10th\_\_\_ day of January, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE