UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:21-CR-00223(1)-LY |
| | § | |
| (1) MATTHEW NELSON TUNSTALL | § | |

### AMENDED ORDER SETTING MOTIONS HEARING, DOCKET CALL AND JURY SELECTION AND TRIAL

IT IS ORDERED that all pretrial motions by the defendant and the government shall be filed on or before **April 25, 2022**. Any response to a motion must be filed on or before **May 9, 2022**.

IT IS FURTHER ORDERED that the above entitled and numbered case is set for **Hearing on all Pending Pretrial Motions and Docket Call** in Courtroom No. 7, on the Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **May 10, 2022, at 9:30 AM**.

IT IS FURTHER ORDERED that the above entitled and numbered case remains set for **Jury Selection and Trial** in Courtroom No. 7, on the Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **June 13, 2022, at 9:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FINALLY ORDERED that in the event the services of a court interpreter are required, counsel for the defendant shall notify the U.S. District Clerk's Office within five days of the date of the hearing.

SIGNED this 22nd day of March, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE