

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 1:21-CR-223-LY |
| (1) MATTHEW TUNSTALL  (2) ROBERT REYES, JR. | § § § | |

## ORDER

Before the Court is Defendant Matthew Tunstall's, Agreed Motion to Continue Trial and For Extension of Deadlines (Clerk's Doc. #59) filed April 4, 2022, and Robert Reyes Jr.'s, Second Unopposed Motion for Continuance of Trial and Related Deadlines (Clerk's Doc. #66) filed May 3, 2022. Having considered the motions,

**IT IS ORDERED** that the motions are **GRANTED. All pretrial motions shall be filed on or before** August 26, 2022, and any response to a motion shall be filed on or before September 9, 2022.

**IT IS FURTHER ORDERED that the above entitled and numbered case is set for Hearing on all pending pretrial motions and docket call is set for** September 16, 2022, at 9:30 AM, with jury selection and trial on October 3, 2022, at 9:00 AM.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant additional time for pretrial preparation outweighs the best interest of the public and the Defendant in a speedy trial. The Court's basis for said finding is that the failure to grant such a continuance in this case would deny counsel for the Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due

diligence. *See* 18 U.S.C. § 3161(h)(7). Thus, the Court finds that the time between the previous trial setting of June 13, 2022, and the new setting of ___October 3___, 2022, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h).

IT IS FURTHER ORDERED that counsel for the Defendant shall notify the Defendant of all Court settings and, if the Defendant is on bond, advise the Defendant that the Defendant must be present on the dates and times specified in this Order.

SIGNED this ___9th___ day of May, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

2