FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

22 AUG 22 AM 7:27

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 1:21-CR-223-LY |
| (1) MATTHEW TUNSTALL | § § | |

ORDER

Before the Court is Defendant Matthew Tunstall's Unopposed Motion to Continue Trial and for Extension of Deadlines (Clerk's Doc. #81) filed on August 16, 2021. Having considered the motion the court is of the opinion that the motion should be granted as follows,

**ACCORDINGLY, IT IS ORDERED** that **all pretrial motions shall be filed on or before** _November 30_, 2022, and any response to a motion shall be filed on or before _December 14_, 2022.

**IT IS FURTHER ORDERED** that the above entitled and numbered case is reset for hearing on all pending pretrial motions and docket call on _December 21_, 2022, at 9:30 AM, with jury selection and trial on _January 9_, 2023, at 9:00 AM.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant additional time for pretrial preparation outweighs the best interest of the public and the Defendant in a speedy trial. The Court's basis for said finding is that the failure to grant such a continuance in this case would deny counsel for the Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7). Thus, the Court finds that the time between the previous trial setting of October 3, 2022, and the new setting of

__January 9__, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

IT IS FURTHER ORDERED that counsel for the Defendant shall notify the Defendant of all Court settings and, if the Defendant is on bond, advise the Defendant that the Defendant must be present on the dates and times specified in this Order.

SIGNED this __22nd__ day of August, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE