IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | CRIMINAL NO. 1:21-CR-223-LY |
| | § | |
| (1) MATTHEW NELSON TUNSTALL | § | |

## ORDER

Before the court is the Government's Joint Motion for Continuance of Trial and Related Deadlines (Clerk's Document #83) filed on August 24, 2022. All parties are in agreement with the motion and request the court to reset this case for a trial in February of 2023. Having considered the motions the court is of the opinion that the motions should be granted.

**ACCORDINGLY, IT IS ORDERED that the motion to continue is GRANTED. All pretrial motions shall be filed on or before** January 3 **, 2023, and any response to a motion shall be filed on or before** January 17 **, 2023.**

**IT IS FURTHER ORDERED that the above entitled and numbered case is reset for hearing on all pending pretrial motions and docket call on** January 31 **, 2023, at 9:30 AM, with jury selection and trial on** February 13 **, 2023, at 9:00 AM**

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant additional time for pretrial preparation outweighs the best interest of the public and the Defendant in a speedy trial. The Court's basis for said finding is that the failure to grant such a continuance in this case would deny counsel for the Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due

diligence. *See* 18 U.S.C. § 3161(h)(7). Thus, the Court finds that the time between the previous trial setting of January 9, 2023, and the new setting of __February 13__, 2023, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h).

IT IS FURTHER ORDERED that counsel for the Defendants shall notify the Defendants of all court settings and, if a Defendant is on bond, advise the Defendants that the Defendant must be present on the dates and times specified in this Order.

SIGNED this __29th__ day of August, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE