UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Case No. 1:21-CR-223-LY |
| v. § | |
| § | |
| MATTHEW NELSON TUNSTALL, § | |
| Defendant. § | |

## ORDER

Before the Court is the parties' Joint Motion to Set Deadline for Expert Disclosures. Having considered the motion,

**IT IS ORDERED that the motion is GRANTED. The parties shall exchange any expert disclosures pursuant to Rules 16(a)(1)(G) and 16(b)(1)(C) of the Federal Rules of Criminal Procedure on or before December 1, 2022.**

SIGNED this _____ day of September, 2022

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE