

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § § | Case No. 1:21-CR-223-LY |
| v. § § | |
| MATTHEW NELSON TUNSTALL, § Defendant. § | |

### ORDER

Before the Court is the parties' Joint Motion to Set Deadline for Expert Disclosures. Having considered the motion,

**IT IS ORDERED** that the motion is **GRANTED**. The parties shall exchange any expert disclosures pursuant to Rules 16(a)(1)(G) and 16(b)(1)(C) of the Federal Rules of Criminal Procedure on or before December 1, 2022.

SIGNED this **6th** day of **October**, 2022

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE