IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL No. 1:21-CR-00223-LY |
| (1) MATTHEW NELSON TUNSTALL | § | |

ORDER

Having considered the defendant's consent, this cause is hereby referred to United States Magistrate Judge Dustin M. Howell for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to the final approval and imposition of sentence of this court.

SIGNED this 20th day of December, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE