IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

JAN 1 3 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO: 1:21-CR-223-LY |
| | § | |
| (1) MATTHEW NELSON TUNSTALL | § | |

ORDER

On this day the court reviewed the file in the above-styled cause, and specifically the Report

and Recommendation of the United States Magistrate Judge filed December 20, 2022, wherein

Defendant waived appearance before this court and appeared before United States Magistrate

Judge Dustin M. Howell  for the taking of a felony plea and Rule 11 Federal Rule of Criminal

Procedure allocution. The Magistrate Judge recommends that this court accept Defendant's plea

of guilty be accepted. Noting no opposition by Defendant Matthew Nelson Tunstall to the Report

and Recommendation, the court renders the following order:

**IT IS ORDERED** that the Defendant's plea of guilty to Counts One and Five of the

Indictment is **ACCEPTED**.

SIGNED this _13th_ day of January, 2023.


LEE YEAKEL
UNITED STATES DISTRICT JUDGE