UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL NO. A-21-CR-223-LY |
| | § | |
| MATTHEW NELSON TUNSTALL, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF MONEY JUDGMENT

Pending before the Court is the United States of America's Unopposed Motion for Entry of Money Judgment pursuant to Fed. R. Crim. P. 32.2(b)(1)(A) & (c)(1) and Title 21 U.S.C. § 853(p).   This Court being fully and wholly apprised in all its premises, finds that the United States has proven by a preponderance of the evidence that the money judgment described below represents the value of the proceeds obtained from violations of Title 18 U.S.C. §§ 371 and 1956 committed by Defendant MATTHEW NELSON TUNSTALL, by virtue of Defendant MATTHEW NELSON TUNSTALL's written Plea Agreement with Factual Basis contained therein (Docs. 92, 93) and the Affidavit of Susan E. Ball.   This Court further finds that said money judgment is a criminal monetary penalty under Condition(s) 14, 15, and 16 of the United States, Western District of Texas Conditions of Probation and Supervised Release.   Said motion is meritorious and should be, and hereby is, in all things GRANTED.   IT IS THEREFORE

ORDERED that all right, title, and interest of Defendant MATTHEW NELSON TUNSTALL in the following: a sum of money equal to **Seven Hundred Eighty-Nine Thousand Eight Hundred Eighteen Dollars ($789,818)**, hereinafter referred to as the Subject Money Judgment be, and hereby is, FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that should the Court assess a term of probation or supervised release against Defendant MATTHEW NELSON TUNSTALL, said Defendant shall pay the Subject Money

Judgment in accordance with a schedule of payments established by the United States Probation Office, to commence after all other criminal debt has been satisfied pursuant to Title 18 U.S.C. §§ 3612(c), 3663(c)(5), and 3664(j); and IT IS FURTHER

ORDERED that Defendant MATTHEW NELSON TUNSTALL make payments by money order or certified check made payable to the United States Marshals Service and shall include the case number of the instant cause on all money orders or certified checks, which in this case is A-21-CR-223-LY, and said payments shall be sent to:

**United States Attorney's Office**
**Attn: Asset Forfeiture Unit**
**903 San Jacinto Blvd., Suite 334**
**Austin, Texas 78701**

and IT IS FURTHER

ORDERED that the United States shall, at its option, be entitled to the forfeiture of any other property (substitute assets) owned by Defendant MATTHEW NELSON TUNSTALL equivalent to the value of the Subject Money Judgment; and IT IS FURTHER

ORDERED that at the time of the sentencing of Defendant MATTHEW NELSON TUNSTALL, the forfeiture of the Subject Money Judgment shall be included in his Judgment in a Criminal Case.

IT IS SO ORDERED.

SIGNED this _____ day of February, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE