IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO: 1:21-CR-223-LY |
| (1) MATTHEW TUNSTALL | § § | |

**FILED**
FEB 28 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## ORDER

Before the Court is the Defendant's Unopposed Motion to Continue Sentencing (Clerk's Doc. #109) filed on February 15, 2023. Having considered the motion the Court is of the opinion that the motion should be granted.

ACCORDINGLY, IT IS ORDERED that the motion to continue is GRANTED and it is hereby ordered that the above entitled and numbered case is RESET for SENTENCING in Courtroom 7, on the Seventh Floor, United States Courthouse, 501 West Fifth Street, Austin, Texas, on **April 20, 2023, at 9:00 AM.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for the defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to the present at this proceeding.

IT IS FINALLY ORDERED that in the event of a court interpreter are required, counsel for the defendant shall notify the United States District Clerk's Office within five days of the date of the hearing.

SIGNED this 28th day of February, 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE