**ATTACHMENT A**











