**ATTACHMENT D**

# [No Subject]

| | |
|---|---|
| **From:** | Matt Media Team <matt.mediateam@gmail.com> |
| **To:** | Robert Reyes <robmediasource@gmail.com> |
| **Date:** | Tue, 10 May 2016 20:36:36 +0000 |

Also, as we ramp up the TV & Radio & Web, we want to make sure we monetize these phone numbers we are collecting. We want to do so with a followup robocall and start building our list. Lots of older people no longer have a landline and use a cell phone, so if they call in to our radio or tv ad, we must call them back with campaign updates. Regarding the existing business relationship...if someone on the IVR coming from TV or Radio states that they want to receive updates from the campaign and says yes to this prompt, then they legally have an existing, opt-in relationship. I can show you time stamps of these, but as we ramp up TV, web, and radio, we need to make sure that your call center is in agreeance that we can robocall these particular cell phones that have the opt-in. If you sign the NDA attached, I can send you the time stamp of the robocall in our IVR that you can see to show opt-in status. Since you guys take calls yourself and do your own robocalling, there is a conflict of interest with sharing data which has been the hesitation from the start. Also the fact that they don't like to share or rent data like you have mentioned doing in the past has been a deterrent. I think though with this NDA/confidentiality agreement, we can be more transparent with sending you time stamps on our future ramp up media. Again, we just want to keep this as simple as possible.

Thanks