**ATTACHMENT E**

| Customer Name | Customer Id | Campaign | Date | Calls | Live | AM | Agents | >5m | Minutes |
|---|---|---|---|---|---|---|---|---|---|
| Liberty Action Group | 49364 | DT-hardask-Internal-Data | 2016-02-16 | 52,311 | 13,450 | 18,088 | 1,113 | 102 | 15948.9 |
| Liberty Action Group | 49364 | DT-hardask-Internal-Data | 2016-02-19 | 17,468 | 4,257 | 6,507 | 329 | 20 | 5181.7 |
| Liberty Action Group | 49364 | DT-hardask-Internal-Data | 2016-02-20 | 30,636 | 7,691 | 11,399 | 563 | 35 | 8697.9 |
| Liberty Action Group | 49364 | DT-hardask-Internal-Data | 2016-02-21 | 60,525 | 9,418 | 27,226 | 754 | 39 | 13287.3 |
| Liberty Action Group | 49364 | DT-hardask-Internal-Data | 2016-02-23 | 75,191 | 14,912 | 28,802 | 1,153 | 70 | 18048.8 |
| Liberty Action Group | 49364 | DT-hardask-Internal-Data | 2016-02-24 | 58,009 | 11,411 | 22,350 | 826 | 56 | 13573.5 |
| Liberty Action Group | 49364 | DT-hardask-Internal-Data | 2016-02-25 | 62,268 | 9,965 | 21,299 | 711 | 33 | 11698.8 |
| Liberty Action Group | 49364 | DT-GunRights | 2016-02-26 | 66,334 | 7,405 | 17,095 | 377 | 35 | 8874.3 |
| Liberty Action Group | 49364 | DT-hardask-Internal-Data | 2016-02-26 | 24,916 | 2,886 | 6,007 | 205 | 14 | 3560.5 |
| Liberty Action Group | 49364 | DT-hardask-Internal-Data | 2016-02-27 | 27,144 | 4,290 | 10,508 | 157 | 6 | 4935.4 |
| Liberty Action Group | 49364 | DT-hardask-Internal-Data | 2016-03-01 | 46,024 | 7,228 | 16,353 | 302 | 26 | 8271.2 |
| Liberty Action Group | 49364 | DT-hardask-Internal-Data | 2016-03-10 | 40,930 | 7,710 | 12,186 | 313 | 25 | 8939.3 |
| Liberty Action Group | 49364 | DT-hardask-Internal-Data | 2016-03-10 | 16,668 | 4,033 | 6,272 | 215 | 13 | 4470.7 |
| Liberty Action Group | 49364 | TC-hardask-InternalData-FullTedVoice | 2016-03-11 | 51,623 | 10,094 | 24,369 | 296 | 22 | 12006.6 |
| Liberty Action Group | 49364 | TC-hardask-InternalData-FullTedVoice | 2016-03-12 | 2,377 | 724 | 773 | 108 | 8 | 934 |
| Liberty Action Group | 49364 | TC-MB1 | 2016-03-12 | 96,471 | 18,356 | 34,017 | 638 | 60 | 22629.1 |
| Liberty Action Group | 49364 | TC-hardask-InternalData-FullTedVoice | 2016-03-14 | 38,388 | 9,550 | 16,698 | 141 | 9 | 8515.8 |
| Liberty Action Group | 49364 | TC-MB1-ArpvMsg-1 | 2016-03-14 | 77,259 | 12,977 | 31,589 | 418 | 27 | 14882.1 |
| Liberty Action Group | 49364 | TC-SuperTuesday | 2016-03-14 | 18,525 | 9,445 | 7,110 | 273 | 25 | 7406.9 |
| Liberty Action Group | 49364 | TC-hardask-InternalData-FullTedVoice | 2016-03-15 | 140,803 | 29,889 | 46,019 | 311 | 22 | 30372.6 |
| Liberty Action Group | 49364 | TC-5ask | 2016-03-15 | 6,599 | 1,850 | 3,870 | 58 | 5 | 1918.1 |
| Liberty Action Group | 49364 | TC-MB3 | 2016-03-15 | 94,456 | 22,022 | 42,049 | 662 | 47 | 25995.2 |
| Liberty Action Group | 49364 | TC-MB3 | 2016-03-16 | 68,685 | 15,789 | 43,647 | 355 | 37 | 19318.7 |
| Liberty Action Group | 49364 | DT-freehat | 2016-03-16 | 88 | 40 | 41 | 23 | 2 | 490 |
| Liberty Action Group | 49364 | TC-DuckingDonald-IVR | 2016-03-17 | 97,871 | 21,794 | 33,035 | 2,910 | 50 | 26360.9 |
| Liberty Action Group | 49364 | TC-MB3 | 2016-03-17 | 46,605 | 7,359 | 35,446 | 221 | 11 | 12219.4 |
| Liberty Action Group | 49364 | DT-SD-HardAsk | 2016-03-17 | 1,048 | 486 | 502 | 114 | 7 | 1034.5 |
| Liberty Action Group | 49364 | TC-DuckingDonald-IVR | 2016-03-18 | 181,912 | 38,885 | 62,320 | 4,776 | 103 | 47304 |
| Liberty Action Group | 49364 | DT-SD-HardAsk | 2016-03-18 | 103,153 | 25,065 | 40,338 | 547 | 30 | 24356.3 |
| Liberty Action Group | 49364 | TC-MB1 | 2016-03-19 | 2,860 | 670 | 917 | 10 | 1 | 868.7 |
| Liberty Action Group | 49364 | TC-MB3 | 2016-03-19 | 65,511 | 14,958 | 42,653 | 422 | 33 | 19865.1 |
| Liberty Action Group | 49364 | JK-donate | 2016-03-19 | 1,362 | 331 | 494 | 3 | - | 289.4 |
| Liberty Action Group | 49364 | DT-SD-HardAsk | 2016-03-19 | 21,801 | 5,116 | 7,873 | 103 | - | 4834.1 |
| Liberty Action Group | 49364 | TC-MB3 | 2016-03-21 | 67,686 | 15,022 | 42,919 | 354 | 29 | 19730.8 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Liberty Action Group | 49364 | TC-SuperTuesday | 2016-03-22 | 77,429 | 18,126 | 27,553 | 154 | 8 | 15852.8 |
| Liberty Action Group | 49364 | TC-MB3 | 2016-03-22 | 60,764 | 13,828 | 39,432 | 299 | 29 | 18227.9 |
| Liberty Action Group | 49364 | DT-SD-HardAsk | 2016-03-22 | 10,750 | 2,456 | 3,814 | 53 | 1 | 2269.3 |
| Liberty Action Group | 49364 | TC-MB1 | 2016-03-23 | 35,398 | 9,260 | 12,580 | 105 | 6 | 9418.8 |
| Liberty Action Group | 49364 | TC-Beck-Hardask0323 | 2016-03-23 | 16,694 | 2,481 | 4,875 | 26 | 1 | 2516.9 |
| Liberty Action Group | 49364 | TC-5ask | 2016-03-23 | 1,072 | 281 | 660 | 8 | 1 | 329.1 |
| Liberty Action Group | 49364 | TC-MB3 | 2016-03-23 | 60,779 | 14,024 | 40,285 | 247 | 27 | 17128.9 |
| Liberty Action Group | 49364 | TC-AnniversaryAsk | 2016-03-26 | 98,617 | 24,770 | 46,104 | 990 | 136 | 30446.6 |
| Liberty Action Group | 49364 | DT-SD-HardAsk | 2016-03-28 | 125,210 | 30,504 | 48,437 | 654 | 45 | 29099.1 |
| Liberty Action Group | 49364 | TC-MB3 | 2016-03-24 | 90,574 | 24,189 | 55,195 | 300 | 27 | 26792.6 |
| Liberty Action Group | 49364 | TC-AnniversaryAsk | 2016-03-29 | 64,854 | 19,060 | 40,026 | 518 | 48 | 22011.1 |
| Liberty Action Group | 49364 | DT-SD-HardAsk | 2016-03-24 | 25,232 | 6,253 | 9,185 | 131 | 10 | 5697.5 |
| Liberty Action Group | 49364 | TC-AnniversaryAsk | 2016-03-30 | 42,842 | 8,101 | 31,619 | 254 | 31 | 12364.6 |
| Liberty Action Group | 49364 | TC-MB3 | 2016-03-25 | 84,497 | 23,851 | 52,615 | 287 | 28 | 25146.5 |
| Liberty Action Group | 49364 | TC-AnniversaryAsk | 2016-03-31 | 33,666 | 9,203 | 20,556 | 190 | 18 | 10846.7 |
| Liberty Action Group | 49364 | TC-AnniversaryAsk | 2016-04-01 | 27,609 | 7,704 | 17,476 | 160 | 21 | 8723.4 |
| Liberty Action Group | 49364 | TC-AnniversaryAsk | 2016-04-05 | 376,018 | 95,652 | 189,300 | 831 | 93 | 98528.5 |
| Liberty Action Group | 49364 | TC-AnniversaryAsk | 2016-04-04 | 506,543 | 121,149 | 230,612 | 1,315 | 183 | 129945.5 |
| Liberty Action Group | 49364 | TC-AnniversaryAsk | 2016-04-02 | 59,321 | 17,777 | 36,495 | 294 | 31 | 19032.1 |
| Liberty Action Group | 49364 | TC-AnniversaryAsk | 2016-04-07 | 299,776 | 88,113 | 182,615 | 700 | 89 | 88695.6 |
| Liberty Action Group | 49364 | TC-AnniversaryAsk | 2016-04-06 | 208,955 | 40,811 | 147,918 | 409 | 63 | 55282.3 |
| Liberty Action Group | 49364 | TC-AnniversaryAsk | 2016-04-12 | 191,629 | 27,955 | 147,845 | 288 | 30 | 47695.8 |
| Liberty Action Group | 49364 | TC-AnniversaryAsk | 2016-04-11 | 357,760 | 74,112 | 251,448 | 588 | 77 | 95377.7 |
| Liberty Action Group | 49364 | tc-post-wi | 2016-04-09 | 203,338 | 47,852 | 90,328 | 401 | 25 | 44965.3 |
| Liberty Action Group | 49364 | TC-AnniversaryAsk | 2016-04-09 | 467,429 | 116,038 | 237,910 | 941 | 83 | 121004.3 |
| Liberty Action Group | 49364 | tc-post-wi | 2016-04-08 | 1,024,342 | 227,002 | 459,815 | 2,568 | 230 | 224620.6 |
| Liberty Action Group | 49364 | tc-5dollarask | 2016-04-16 | 156,088 | 39,371 | 97,556 | 482 | 59 | 39596.9 |
| Liberty Action Group | 49364 | TC-MB3 | 2016-04-16 | 38,011 | 10,027 | 23,970 | 134 | 7 | 10959.4 |
| Liberty Action Group | 49364 | tc-5dollarask | 2016-04-18 | 44,374 | 11,260 | 27,061 | 110 | 10 | 10810.2 |
| Liberty Action Group | 49364 | TC-nyprimary | 2016-04-18 | 747,409 | 190,495 | 369,821 | 1,793 | 173 | 181550.5 |
| Liberty Action Group | 49364 | TC-nyprimary-DayOf | 2016-04-19 | 611,147 | 174,000 | 379,700 | 1,586 | 126 | 175918.9 |
| Liberty Action Group | 49364 | TC-nyprimary | 2016-04-19 | 165,351 | 23,032 | 48,428 | 222 | 24 | 22024.7 |
| Liberty Action Group | 49364 | TC-AnniversaryAsk | 2016-04-22 | 305,509 | 73,416 | 165,095 | 847 | 94 | 79353.6 |
| Liberty Action Group | 49364 | TC-Anniversary-Teledirect | 2016-05-02 | 44,705 | 7,690 | 16,817 | 90 | 4 | 9134.3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Liberty Action Group | 49364 | TC-Anniversary-Teledirect | 2016-05-03 | 28,052 | 7,224 | 15,699 | 74 | 7 | 8046.6 |
| Liberty Action Group | 49364 | DT-SD-HardAsk-teledirect | 2016-05-04 | 66,631 | 12,386 | 30,738 | 213 | 16 | 13694.9 |
| Liberty Action Group | 49364 | DT-SD-HardAsk-teledirect | 2016-05-05 | 47,581 | 10,803 | 29,958 | 186 | 15 | 12451.3 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-05-06 | 1,352,989 | 224,123 | 449,415 | 2,170 | 299 | 269405.9 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-05-07 | 738,424 | 200,087 | 404,973 | 1,666 | 244 | 229038 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-05-09 | 751,582 | 212,436 | 436,703 | 1,595 | 239 | 237639.6 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-05-10 | 672,899 | 196,639 | 394,414 | 1,349 | 216 | 211363.3 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-05-11 | 641,189 | 183,393 | 387,823 | 1,268 | 127 | 200475.3 |
| Liberty Action Group | 49364 | DT-CrookedHill-0601 | 2016-06-01 | 173,013 | 22,883 | 58,566 | 217 | 20 | 28095.8 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-06-01 | 1,116,506 | 142,384 | 294,952 | 1,018 | 119 | 172316.4 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-05-31 | 66,611 | 15,996 | 35,234 | 95 | 16 | 17785.2 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-05-24 | 236,696 | 37,154 | 74,932 | 529 | 112 | 47601.1 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-05-23 | 322,726 | 71,644 | 155,366 | 477 | 75 | 82580.3 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-05-20 | 5,877 | 628 | 1,113 | 37 | 3 | 973.9 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-06-02 | 21,435 | 4,781 | 7,936 | 227 | 45 | 6339 |
| Liberty Action Group | 49364 | DT-5ask | 2016-06-07 | 302,044 | 37,227 | 71,749 | 619 | 158 | 42808.1 |
| Liberty Action Group | 49364 | DT-mb1-music | 2016-06-08 | 1,475,666 | 185,618 | 391,617 | 1,625 | 198 | 225389.3 |
| Liberty Action Group | 49364 | DT-mb1-music | 2016-06-09 | 508,685 | 173,251 | 202,042 | 1,556 | 210 | 166422.9 |
| Liberty Action Group | 49364 | DT-mb1-music | 2016-06-10 | 246,433 | 11,745 | 31,954 | 237 | 53 | 17445.3 |
| Liberty Action Group | 49364 | DT-mb1-music | 2016-06-14 | 426,833 | 149,460 | 169,955 | 1,305 | 168 | 139452.7 |
| Liberty Action Group | 49364 | DT-mb1-music P1_P# | 2016-06-15 | 12,958 | 5,276 | 6,367 | 48 | 2 | 5490.6 |
| Liberty Action Group | 49364 | DT-mb2-0615 | 2016-06-15 | 1,317,677 | 52,886 | 139,294 | 3,041 | 241 | 84388.5 |
| Liberty Action Group | 49364 | DT-1YR-Anniversary | 2016-06-17 | 49,999 | 9,546 | 19,330 | 677 | 69 | 14504.6 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-06-21 | 935,737 | 179,545 | 373,956 | 1,943 | 356 | 225105 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-06-22 | 784,397 | 189,278 | 427,047 | 2,322 | 403 | 230907.5 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-06-23 | 455,651 | 116,938 | 259,126 | 993 | 150 | 134602.7 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-06-24 | 674,435 | 126,393 | 380,545 | 1,498 | 296 | 171041.4 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-06-28 | 348,167 | 23,841 | 43,874 | 425 | 77 | 33425 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-06-30 | 2,030,268 | 180,801 | 492,727 | 2,148 | 370 | 255598.2 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-07-05 | 754,984 | 173,325 | 461,763 | 1,815 | 259 | 222374.2 |
| Liberty Action Group | 49364 | DT-mb1-music | 2016-07-07 | 752,660 | 137,151 | 365,600 | 1,378 | 151 | 185393.8 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-07-08 | 365,651 | 58,910 | 259,512 | 773 | 130 | 96100.8 |
| Liberty Action Group | 49364 | DT-CopSpot | 2016-07-08 | 162,034 | 26,045 | 115,916 | 392 | 55 | 40534.3 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-07-09 | 812,854 | 100,542 | 211,814 | 864 | 105 | 130307.4 |
| Liberty Action Group | 49364 | DT-CopSpot | 2016-07-09 | 847,082 | 154,972 | 329,644 | 2,186 | 336 | 177744.4 |

| Name | ID | Campaign | Date | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|---|---|---|---|
| Liberty Action Group | 49364 | MakeItGreat-0711 | 2016-07-11 | 344,372 | 65,005 | 234,953 | 592 | 72 | 86423.9 |
| Liberty Action Group | 49364 | DT-CopSpot | 2016-07-11 | 584,118 | 168,761 | 284,571 | 2,090 | 296 | 167949.5 |
| Liberty Action Group | 49364 | MakeItGreat-0711 | 2016-07-12 | 15,886 | 1,870 | 12,227 | 24 | 2 | 3617.1 |
| Liberty Action Group | 49364 | DT-CopSpot | 2016-07-12 | 456,985 | 63,967 | 256,931 | 976 | 109 | 97452.3 |
| Liberty Action Group | 49364 | MakeItGreat-0711 | 2016-07-18 | 646,212 | 153,334 | 368,984 | 1,300 | 143 | 167391.3 |
| Liberty Action Group | 49364 | MakeItGreat-0711 | 2016-07-19 | 812,313 | 167,590 | 444,098 | 1,235 | 134 | 194901.6 |
| Liberty Action Group | 49364 | DT-AntiHillary | 2016-07-21 | 755,989 | 177,247 | 483,287 | 1,557 | 173 | 219281.6 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar-UMG | 2016-07-22 | 2,110,441 | 187,645 | 315,747 | 2,299 | 341 | 209087.6 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar-UMG | 2016-07-23 | 428,115 | 118,580 | 231,203 | 1,339 | 197 | 123709.7 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar-UMG | 2016-07-26 | 2,638,455 | 107,170 | 252,791 | 1,425 | 252 | 113649.5 |
| Liberty Action Group | 49364 | DT-mb1-music-UMG | 2016-07-27 | 2,885,908 | 156,811 | 440,660 | 1,991 | 341 | 174283.5 |
| Liberty Action Group | 49364 | DT-mb1-music-v2 | 2016-07-27 | 1,722,807 | 259,463 | 555,745 | 1,855 | 194 | 313604.6 |
| Liberty Action Group | 49364 | mb2-DT-UMG | 2016-07-28 | 1,433,431 | 201,826 | 484,404 | 1,947 | 259 | 259216.7 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25-UMG | 2016-07-29 | 2,169,692 | 90,701 | 228,323 | 1,049 | 162 | 95480.3 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25 | 2016-07-29 | 2,166,424 | 245,162 | 551,001 | 2,088 | 239 | 293452.3 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25-UMG | 2016-07-30 | 1,723,381 | 76,586 | 215,901 | 961 | 121 | 82226.5 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25-UMG | 2016-08-01 | 736,878 | 87,109 | 241,368 | 1,054 | 156 | 92442 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25-UMG | 2016-08-02 | 4,091,252 | 665,841 | 1,326,687 | 5,868 | 364 | 723931.1 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25-UMG | 2016-08-02 | 2,162,097 | 84,883 | 249,785 | 1,044 | 158 | 96229.4 |
| Liberty Action Group | 49364 | DT-AntiHillary-UMG | 2016-08-03 | 1,382,879 | 79,171 | 217,361 | 1,125 | 175 | 89537.7 |
| Liberty Action Group | 49364 | DT-AntiHillary | 2016-08-03 | 23,120 | 2,494 | 5,517 | 39 | 9 | 3093.3 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar | 2016-08-06 | 236 | 39 | 81 | 3 | - | 63 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25 | 2016-08-06 | 2,216,383 | 246,491 | 588,613 | 2,264 | 223 | 303789.9 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25-UMG | 2016-08-05 | 1,408,501 | 149,760 | 345,178 | 1,790 | 241 | 187044 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25-UMG | 2016-08-05 | 356,964 | 72,825 | 253,316 | 829 | 117 | 89291.7 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25-UMG | 2016-08-04 | 2,498,443 | 124,254 | 480,801 | 1,830 | 288 | 164869.9 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25-UMG | 2016-08-08 | 1,894,043 | 73,252 | 191,980 | 687 | 93 | 72882.7 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25 | 2016-08-08 | 2,212,434 | 256,953 | 569,813 | 2,308 | 245 | 302534.7 |
| Liberty Action Group | 49364 | MakeItGreat-0711 | 2016-08-08 | 116,812 | 9,901 | 23,456 | 122 | 18 | 11601.6 |
| Liberty Action Group | 49364 | MakeItGreat-UMG | 2016-08-08 | 202,916 | 18,689 | 40,285 | 192 | 10 | 21226.4 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25 | 2016-08-09 | 2,209,942 | 233,005 | 576,015 | 2,033 | 189 | 295906.4 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar-UMG | 2016-08-09 | 159,995 | 10,754 | 28,065 | 125 | 5 | 11401.7 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25-UMG | 2016-08-10 | 1,810,492 | 80,369 | 232,259 | 903 | 102 | 86812.9 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25 | 2016-08-10 | 1,949,365 | 214,296 | 498,831 | 1,847 | 153 | 260461.3 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25-UMG | 2016-08-11 | 343,604 | 49,190 | 156,238 | 583 | 59 | 55571.6 |

| Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|
| Liberty Action Group | 49364 | DT-25dollar1000dollar-UMG | 2016-08-12 | 2,202,371 | 79,836 | 231,942 | 790 | 82 | 88979.1 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar-BouceBack | 2016-08-15 | 1,860 | 612 | 977 | 38 | 5 | 901.9 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar-UMG | 2016-08-15 | 2,230,364 | 81,651 | 237,774 | 945 | 144 | 92200.9 |
| Liberty Action Group | 49364 | RADIO_8773838999-Obamacare | 2016-08-15 | 1 | 1 | - | - | - | 0.2 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25-UMG | 2016-08-16 | 1,990,759 | 64,711 | 199,954 | 617 | 103 | 72159 |
| Liberty Action Group | 49364 | 1DT-FundAgain-UMG | 2016-08-16 | 209,123 | 15,134 | 41,892 | 195 | 26 | 16614.7 |
| Liberty Action Group | 49364 | 1DT-FundAgain | 2016-08-16 | 1,741,334 | 248,696 | 557,125 | 1,912 | 187 | 304197.4 |
| Liberty Action Group | 49364 | MakeItGreat-UMG | 2016-08-17 | 2,196,608 | 79,950 | 226,883 | 711 | 92 | 79480.5 |
| Liberty Action Group | 49364 | DT-Pledge-HRC | 2016-08-18 | 2,068,029 | 219,774 | 517,560 | 9,527 | 178 | 287331.4 |
| Liberty Action Group | 49364 | DT-25dollar1000dollar-BouceBack | 2016-08-18 | 1,392 | 468 | 749 | 35 | - | 533.3 |
| Liberty Action Group | 49364 | MakeItGreat-UMG | 2016-08-18 | 2,323,458 | 79,152 | 241,993 | 801 | 96 | 83294.1 |
| Liberty Action Group | 49364 | RADIO_8773838999-Obamacare | 2016-08-18 | 9,413 | 9,413 | - | 992 | 171 | 13241.4 |
| Liberty Action Group | 49364 | MakeItGreat-UMG | 2016-08-19 | 281,557 | 35,295 | 190,834 | 344 | 45 | 52319.7 |
| Liberty Action Group | 49364 | DT-Pledge-HRC | 2016-08-22 | 3,911,031 | 487,484 | 1,099,240 | 18,232 | 259 | 608264.4 |
| Liberty Action Group | 49364 | DT-mb1-music-UMG | 2016-08-22 | 2,184,539 | 90,833 | 257,762 | 726 | 129 | 97374 |
| Liberty Action Group | 49364 | RADIO_8773838999-Obamacare | 2016-08-22 | 19,570 | 19,570 | - | 1,700 | 274 | 24177.2 |
| Liberty Action Group | 49364 | DT-mb1-music-UMG | 2016-08-23 | 2,173,088 | 85,261 | 261,503 | 688 | 77 | 97124.2 |
| Liberty Action Group | 49364 | RADIO_8773838999-Obamacare | 2016-08-23 | 38,358 | 38,358 | - | 2,598 | 421 | 43310.1 |
| Liberty Action Group | 49364 | DT-mb2-updated0824 | 2016-08-24 | 244,541 | 40,152 | 91,582 | 435 | 36 | 48280.9 |
| Liberty Action Group | 49364 | DT-SD-HardAsk-teledirect | 2016-08-24 | 1,411,754 | 184,337 | 442,443 | 1,691 | 131 | 219308.9 |
| Liberty Action Group | 49364 | DT-mb2-updated0824-UMG | 2016-08-24 | 2,124,688 | 96,454 | 278,571 | 777 | 94 | 102423 |
| Liberty Action Group | 49364 | DT-BuildWall | 2016-08-25 | 244,693 | 44,265 | 119,647 | 510 | 60 | 52988.8 |
| Liberty Action Group | 49364 | DT-Comeback-UMG | 2016-08-25 | 559,523 | 41,294 | 114,659 | 502 | 100 | 42889.3 |
| Liberty Action Group | 49364 | DT-Comeback | 2016-08-25 | 1,623,941 | 176,378 | 433,912 | 1,404 | 180 | 220363.3 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25 | 2016-08-25 | 523,187 | 55,330 | 137,251 | 499 | 67 | 69274.7 |
| Liberty Action Group | 49364 | DT-Comeback-UMG | 2016-08-26 | 1,867,030 | 57,799 | 170,761 | 528 | 113 | 61172.1 |
| Liberty Action Group | 49364 | DT-Campaign-0826 | 2016-08-26 | 1,150,217 | 120,895 | 298,555 | 715 | 67 | 149278.6 |
| Liberty Action Group | 49364 | DT-Comeback | 2016-08-26 | 2,232,630 | 116,450 | 276,254 | 1,067 | 134 | 153754.8 |
| Liberty Action Group | 49364 | RADIO_8773838999-Obamacare | 2016-08-26 | 2 | 2 | - | - | - | 0.4 |
| Liberty Action Group | 49364 | RADIO_8773838999-Obamacare | 2016-08-29 | 2,053 | 2,053 | - | 109 | 15 | 2048.9 |
| Liberty Action Group | 49364 | 1dt-fecdeadline | 2016-08-31 | 2,175,801 | 230,584 | 555,173 | 1,873 | 213 | 268525.4 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25 | 2016-08-31 | 1,198,190 | 64,855 | 199,244 | 567 | 66 | 71606.3 |
| Liberty Action Group | 49364 | 1dt-fecdeadline | 2016-09-01 | 863,024 | 220,888 | 510,849 | 1,640 | 220 | 232598.6 |

| Group | ID | Name | Date | Val1 | Val2 | Val3 | Val4 | Val5 | Val6 |
|---|---|---|---|---|---|---|---|---|---|
| Liberty Action Group | 49364 | 1dt-fecdeadline-UMG | 2016-09-01 | 970,324 | 55,037 | 143,243 | 612 | 86 | 53078.5 |
| Liberty Action Group | 49364 | 1dt-fecdeadline-UMG | 2016-09-02 | 2,257,352 | 228,910 | 584,555 | 1,871 | 171 | 257483.3 |
| Liberty Action Group | 49364 | 1dt-fecdeadline-UMG | 2016-09-03 | 403,231 | 69,658 | 165,323 | 467 | 46 | 70994.8 |
| Liberty Action Group | 49364 | 1DT-FundAgain-UMG | 2016-09-06 | 2,166,740 | 81,611 | 248,474 | 646 | 62 | 92206.6 |
| Liberty Action Group | 49364 | 1DT-FundAgain | 2016-09-06 | 2,168,991 | 227,221 | 544,634 | 1,448 | 154 | 298177.8 |
| Liberty Action Group | 49364 | 1DT-FundAgain-UMG | 2016-09-07 | 4,086,543 | 125,630 | 430,966 | 898 | 112 | 152318.5 |
| Liberty Action Group | 49364 | DT-mb1-music-UMG | 2016-09-08 | 677,238 | 33,565 | 106,794 | 227 | 19 | 37848.8 |
| Liberty Action Group | 49364 | DT-ComebackV2-UMG | 2016-09-08 | 1,782,755 | 74,055 | 197,092 | 1,018 | 61 | 76801.8 |
| Liberty Action Group | 49364 | RADIO_8773838999-Obamacare | 2016-09-08 | 2 | 2 | - | - | - | 1.3 |
| Liberty Action Group | 49364 | DT-ComebackV2-UMG | 2016-09-09 | 2,107,096 | 60,425 | 200,165 | 556 | 51 | 65774.1 |
| Liberty Action Group | 49364 | DT-ComebackV2-UMG | 2016-09-10 | 587,741 | 85,515 | 338,594 | 684 | 53 | 120422.8 |
| Liberty Action Group | 49364 | 1dt-NoShow | 2016-09-12 | 2,018,617 | 209,372 | 517,126 | 1,422 | 132 | 282689.6 |
| Liberty Action Group | 49364 | 1DT-NoShow-UMG | 2016-09-12 | 2,017,331 | 76,896 | 225,001 | 622 | 75 | 83749.8 |
| Liberty Action Group | 49364 | RADIO_8773838999-Obamacare | 2016-09-12 | 1,295 | 1,295 | - | 67 | 8 | 1234.8 |
| Liberty Action Group | 49364 | 1DT-NoShow-UMG | 2016-09-13 | 2,016,681 | 67,232 | 204,210 | 509 | 66 | 78893.3 |
| Liberty Action Group | 49364 | 1DT-NoShow-UMG | 2016-09-14 | 1,766,668 | 236,477 | 650,629 | 1,617 | 155 | 316383.9 |
| Liberty Action Group | 49364 | DT-IMDT-FundAgain-UMG | 2016-09-15 | 1,772,250 | 57,940 | 196,239 | 483 | 55 | 63081.2 |
| Liberty Action Group | 49364 | DT-IMDT-FundAgain | 2016-09-15 | 1,605,559 | 203,379 | 507,085 | 1,386 | 100 | 257082.9 |
| Liberty Action Group | 49364 | DT-IMDT-FundAgain-UMG | 2016-09-16 | 2,009,099 | 63,074 | 222,402 | 406 | 43 | 69720.2 |
| Liberty Action Group | 49364 | DT-IMDT-FundAgain | 2016-09-16 | 1,604,195 | 204,062 | 502,356 | 1,298 | 96 | 245469.6 |
| Liberty Action Group | 49364 | DT-IMDT-FundAgain-UMG | 2016-09-19 | 2,006,632 | 63,753 | 221,723 | 476 | 49 | 69803.1 |
| Liberty Action Group | 49364 | DT-IMDT-FundAgain | 2016-09-19 | 1,600,048 | 211,829 | 518,024 | 1,349 | 83 | 230566.1 |
| Liberty Action Group | 49364 | 11DT-MB-1-UMG | 2016-09-20 | 602,747 | 91,065 | 250,236 | 826 | 70 | 101987.2 |
| Liberty Action Group | 49364 | 11DT-MB-1 | 2016-09-20 | 1,600,601 | 214,962 | 512,611 | 1,399 | 93 | 241659.4 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25-UMG | 2016-09-21 | 2,005,265 | 62,499 | 219,431 | 397 | 36 | 73771.8 |
| Liberty Action Group | 49364 | 11DT-MB-1-UMG | 2016-09-22 | 448,985 | 59,017 | 154,334 | 304 | 20 | 65663.1 |
| Liberty Action Group | 49364 | 11DT-MB-1 | 2016-09-22 | 182,774 | 14,493 | 33,124 | 164 | 1 | 15792.5 |
| Liberty Action Group | 49364 | 11DT-MB-1-UMG | 2016-09-24 | 952,746 | 132,087 | 332,135 | 809 | 49 | 141914.7 |
| Liberty Action Group | 49364 | 1DT-FundAgain-UMG | 2016-09-27 | 1,819,747 | 55,344 | 182,775 | 353 | 42 | 65738.5 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25-UMG | 2016-09-28 | 865,011 | 29,484 | 96,661 | 225 | 17 | 33989.2 |
| Liberty Action Group | 49364 | DT-IMDT-FundAgain | 2016-09-28 | 1,597,134 | 199,998 | 529,417 | 1,348 | 116 | 229262.7 |
| Liberty Action Group | 49364 | DT-Comeback | 2016-09-29 | 2,001,687 | 92,177 | 245,249 | 695 | 92 | 117135.1 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25 | 2016-09-30 | 375,930 | 94,980 | 220,276 | 679 | 53 | 105318.3 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25 | 2016-10-01 | 1,763,499 | 257,150 | 690,162 | 1,470 | 105 | 291088.2 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Liberty Action Group | 49364 | DT-mb1-music | 2016-10-03 | 1,998,554 | 181,835 | 443,250 | 953 | 50 | 217126.6 |
| Liberty Action Group | 49364 | DT-Comeback | 2016-10-04 | 1,994,069 | 207,785 | 506,517 | 1,227 | 118 | 234623.3 |
| Liberty Action Group | 49364 | DT-Comeback | 2016-10-05 | 309,558 | 34,254 | 74,071 | 257 | 24 | 36995.6 |
| Liberty Action Group | 49364 | DT-Comeback | 2016-10-06 | 1,686,769 | 166,249 | 443,708 | 986 | 101 | 196131.3 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25 | 2016-10-12 | 1,995,226 | 232,474 | 627,823 | 1,755 | 214 | 272014.6 |
| Liberty Action Group | 49364 | DT-WithYou-1000-25 | 2016-10-13 | 770,400 | 86,532 | 457,183 | 860 | 118 | 145044.8 |
| Liberty Action Group | 49364 | MakeItGreat-0711 | 2016-10-17 | 1,993,293 | 171,719 | 428,391 | 1,044 | 76 | 197599.4 |
| Liberty Action Group | 49364 | DT-IMDT-FundAgain | 2016-10-19 | 1,988,812 | 206,188 | 510,039 | 1,620 | 136 | 231645.1 |
| Liberty Action Group | 49364 | DT-IMDT-FundAgain | 2016-10-21 | 1,990,984 | 201,504 | 509,347 | 1,465 | 95 | 227997.9 |
| Liberty Action Group | 49364 | DT-mb1-music-v2 | 2016-10-22 | 1,689,769 | 237,583 | 606,140 | 1,291 | 110 | 272742.7 |
| Liberty Action Group | 49364 | DT-IMDT-FundAgain | 2016-10-22 | 299,830 | 29,612 | 56,389 | 331 | 16 | 29660.1 |
| Liberty Action Group | 49364 | 11DT-Obamacare-Music | 2016-11-19 | 181,535 | 25,138 | 68,125 | 203 | 14 | 33465 |
| Liberty Action Group | 49364 | 11DT-Obamacare-Music | 2016-11-17 | 64,655 | 11,603 | 25,615 | 150 | 12 | 15115.8 |
| Liberty Action Group | 49364 | 11DT-OC-SoftAsk | 2016-11-19 | 1,958 | 368 | 594 | 69 | - | 492.1 |
| Liberty Action Group | 49364 | 11DT-Obamacare-Music | 2016-11-18 | 83,678 | 15,170 | 33,368 | 144 | 9 | 19394.6 |
| Liberty Action Group | 49364 | MH | 2016-11-19 | 113,395 | 18,681 | 37,256 | 136 | 21 | 20965.7 |
| Liberty Action Group | 49364 | 1ObamacareSoftAsk | 2016-11-19 | 38,463 | 7,230 | 12,172 | 72 | 9 | 9612.3 |
| Liberty Action Group | 49364 | MH | 2016-11-21 | 1 | - | 1 | - | - | 0.2 |
| Liberty Action Group | 49364 | 1ObamacareSoftAsk-No25 | 2016-11-21 | 87,230 | 11,377 | 24,397 | 39 | 3 | 14274.4 |
| Liberty Action Group | 49364 | 1ObamacareSoftAsk | 2016-11-21 | 903,732 | 115,892 | 245,163 | 720 | 176 | 152435.7 |
| Liberty Action Group | 49364 | MH | 2016-11-22 | 112,513 | 14,035 | 62,098 | 80 | 6 | 22012.3 |
| Liberty Action Group | 49364 | 1ObamacareSoftAsk | 2016-11-22 | 241,256 | 27,849 | 98,774 | 225 | 37 | 45626.2 |
| Liberty Action Group | 49364 | 1ObamacareSoftAsk | 2016-11-28 | 769,176 | 153,975 | 314,804 | 739 | 147 | 194491.5 |
| Liberty Action Group | 49364 | 1ObamacareSoftAsk | 2016-11-29 | 15,454 | 1,885 | 5,247 | 6 | 1 | 2612.3 |
| Liberty Action Group | 49364 | 11DT-chancetowin | 2016-11-29 | 4,803 | 674 | 1,469 | 28 | 2 | 793.3 |
| Liberty Action Group | 49364 | MH | 2016-12-08 | 45,446 | 6,877 | 28,443 | 36 | 3 | 10182.6 |
| Liberty Action Group | 49364 | 11DT-chancetowin | 2016-12-08 | 18,082 | 1,985 | 4,872 | 16 | 4 | 2877.3 |
| Liberty Action Group | 49364 | 1ObamacareSoftAsk-No25 | 2016-12-08 | 22,356 | 3,395 | 8,074 | 151 | 1 | 4083.5 |
| Liberty Action Group | 49364 | 1ObamacareSoftAsk | 2017-01-13 | 1,531,791 | 169,469 | 388,321 | 919 | 202 | 230146.5 |
| Liberty Action Group | 49364 | 1ObamacareSoftAsk-No25 | 2017-01-17 | 974,423 | 143,011 | 350,187 | 677 | 124 | 182766.9 |
| Liberty Action Group | 49364 | 111-DT-FundGOP | 2017-01-18 | 141,072 | 20,221 | 42,714 | 147 | 18 | 25330.8 |
| Liberty Action Group | 49364 | 111-DT-FundGOP | 2017-01-19 | 305,128 | 38,446 | 94,711 | 226 | 28 | 51014.6 |
| Liberty Action Group | 49364 | 111-DT-FundGOP-30sec | 2017-01-19 | 312,930 | 34,417 | 87,125 | 152 | 3 | 39353.3 |
| Liberty Action Group | 49364 | 111-DT-FundGOP-30sec | 2017-01-24 | 267,701 | 29,929 | 73,990 | 131 | 5 | 34362.8 |
| Liberty Action Group | 49364 | 1ObamacareSoftAsk-No25 | 2017-01-25 | 1,504,905 | 206,034 | 465,419 | 1,137 | 172 | 265782.3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Liberty Action Group | 49364 | 1ObamacareSoftAsk-No25 | 2017-01-27 | 464,102 | 52,352 | 132,614 | 223 | 38 | 68708.4 |
| Liberty Action Group | 49364 | 1ObamacareSoftAsk-No25 | 2017-01-28 | 112,217 | 15,235 | 33,192 | 84 | 12 | 19488 |
| Liberty Action Group | 49364 | 1DT-TBAN-2 | 2017-02-20 | 1,501,327 | 187,271 | 415,698 | 1,367 | 256 | 246324.7 |
| Liberty Action Group | 49364 | 11DT-OC-0327 | 2017-03-28 | 54,786 | 7,293 | 16,749 | 122 | 6 | 9104.6 |
| Liberty Action Group | 49364 | 11DT-OC-844-886-1786 | 2017-03-28 | 9,624 | 1,395 | 3,025 | 12 | 1 | 1635 |
| Liberty Action Group | 49364 | 11DT-OC-844-886-1786 | 2017-03-29 | 422,018 | 51,030 | 130,300 | 574 | 24 | 63496.5 |
| Liberty Action Group | 49364 | 11DT-OC-844-886-1786 | 2017-03-30 | 123,237 | 15,697 | 37,404 | 197 | 11 | 18970.2 |
| Liberty Action Group | 49364 | 11DT-OC-0327 | 2017-04-03 | 152,733 | 17,823 | 44,670 | 231 | 17 | 22246.6 |
| Liberty Action Group | 49364 | 11DT-OC-0327 | 2017-04-05 | 90,344 | 9,521 | 25,333 | 81 | 4 | 11745.8 |
| | | | | 191,750,343 | 20,126,315 | 49,111,658 | 223,542 | 22,488 | 23,720,192 |

DOJ-0003912089