**ATTACHMENT F**

| Customer Name | Customer Id | Campaign | Date | Calls | Live | AM | Agents | >5m | Minutes |
|---|---|---|---|---|---|---|---|---|---|
| Progressive Priorities DAN DONOR DATA= D | 51635 | Hillary-Dem | 2016-05-24 | 117,104 | 19,596 | 59,625 | 314 | 9 | 24821.1 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Hillary-Dem | 2016-05-25 | 44,029 | 7,508 | 22,131 | 121 | 6 | 9477.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Hillary-Dem | 2016-05-27 | 82,296 | 11,085 | 35,609 | 154 | 8 | 14368.7 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Hillary-Dem | 2016-05-28 | 39,115 | 4,799 | 16,631 | 78 | 1 | 6582.6 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Hillary-Dem | 2016-06-01 | 227,499 | 30,409 | 104,188 | 395 | 19 | 41303.9 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Hillary-Dem-v2 | 2016-06-01 | 36,039 | 4,862 | 16,249 | 52 | 1 | 6640.2 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Hillary-Dem-SoftTone-v3 | 2016-06-02 | 521,705 | 75,552 | 243,036 | 956 | 72 | 105763 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Hillary-Dem | 2016-06-08 | 160,826 | 24,289 | 74,386 | 273 | 17 | 31583.8 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Hillary-Dem | 2016-06-08 | 492,441 | 54,313 | 155,812 | 931 | 73 | 69157.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0608 | 2016-06-09 | 49,229 | 6,727 | 23,714 | 129 | 12 | 9240 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0608 | 2016-06-09 | 1,140,521 | 129,378 | 465,947 | 2,011 | 165 | 175624.9 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0608 | 2016-06-10 | 763,096 | 114,934 | 387,050 | 1,976 | 146 | 149435.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0608 | 2016-06-11 | 532,165 | 104,673 | 324,605 | 1,691 | 113 | 129600.1 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0608 | 2016-06-13 | 347,167 | 44,079 | 272,072 | 775 | 67 | 81350.5 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0608 | 2016-06-14 | 947,558 | 96,883 | 408,820 | 1,651 | 106 | 142775.6 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0609-opt8 | 2016-06-14 | 130,335 | 57,887 | 57,667 | 625 | 26 | 45995 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0609-opt8 | 2016-06-15 | 652,075 | 120,291 | 421,574 | 2,278 | 136 | 171965.4 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0609-opt8 | 2016-06-15 | 500,151 | 61,864 | 393,919 | 848 | 62 | 115335 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0609-opt9 | 2016-06-16 | 693,750 | 128,125 | 449,519 | 2,064 | 136 | 181948.9 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0609-opt9 | 2016-06-17 | 461,167 | 81,203 | 345,232 | 1,095 | 61 | 126431.5 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0609-opt9 | 2016-06-18 | 462,972 | 94,029 | 337,556 | 1,173 | 67 | 132347.6 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0609-opt9 | 2016-06-20 | 483,360 | 66,654 | 380,068 | 957 | 63 | 119946.7 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-25dollar1000dollar | 2016-06-21 | 509,229 | 76,780 | 239,803 | 668 | 54 | 101453.1 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0609-opt9 | 2016-06-22 | 538,077 | 72,141 | 234,867 | 1,089 | 67 | 101160.1 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0609-opt9 | 2016-06-23 | 1,310,005 | 136,472 | 438,072 | 2,825 | 102 | 203473.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-AskAgain | 2016-06-24 | 2,032,587 | 231,348 | 806,470 | 2,322 | 224 | 330503.9 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-AskAgain | 2016-06-25 | 701,069 | 136,683 | 499,974 | 1,285 | 104 | 193655.7 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-AskAgain | 2016-06-27 | 1,594,209 | 199,017 | 655,222 | 1,774 | 144 | 272029.6 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-AskAgain | 2016-06-28 | 1,294,750 | 144,416 | 794,289 | 1,574 | 133 | 257297.5 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-Deadline | 2016-06-29 | 352,792 | 66,666 | 226,121 | 820 | 86 | 89947.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-AskAgain | 2016-06-29 | 695,230 | 134,691 | 477,764 | 979 | 81 | 183265.1 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-Deadline | 2016-06-30 | 640,713 | 77,690 | 274,048 | 781 | 70 | 110431.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-0609-opt9 | 2016-07-05 | 107,683 | 13,894 | 51,811 | 139 | 7 | 19953 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-AskAgain | 2016-07-05 | 1,800,882 | 190,712 | 663,753 | 1,352 | 115 | 262757.7 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-AskAgain | 2016-07-06 | 292,498 | 31,541 | 226,454 | 237 | 15 | 68073.4 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-AskAgain | 2016-07-07 | 1,845,325 | 194,484 | 698,406 | 1,610 | 116 | 288163.5 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-AskAgain | 2016-07-08 | 961,080 | 178,719 | 662,591 | 1,377 | 93 | 248075.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-AskAgain | 2016-07-09 | 700,097 | 79,842 | 568,482 | 721 | 62 | 164230 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-LowAsk-0711 | 2016-07-11 | 887,744 | 106,344 | 288,163 | 1,142 | 96 | 126526.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-AskAgain | 2016-07-11 | 208,044 | 18,031 | 176,208 | 148 | 6 | 46435.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-LowAsk-0711 | 2016-07-12 | 539,780 | 73,221 | 268,231 | 804 | 48 | 99766.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-AskAgain | 2016-07-12 | 38,356 | 5,184 | 20,119 | 40 | 3 | 7488.2 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Hill-Bern | 2016-07-13 | 291,180 | 34,426 | 145,381 | 333 | 20 | 52669.7 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Hill-Bern-v2 | 2016-07-13 | 480,550 | 59,452 | 236,627 | 730 | 43 | 88283.7 |

| Organization | ID | Campaign | Date | Col6 | Col7 | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-NoVoice | 2016-07-28 | 863,247 | 114,817 | 422,639 | 1,470 | 64 | 167597.4 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-NoVoice | 2016-07-29 | 599,383 | 102,454 | 405,327 | 1,155 | 76 | 149305.8 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-NoVoice | 2016-08-02 | 894,460 | 109,592 | 415,067 | 1,291 | 53 | 161282.9 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-Outraised | 2016-08-04 | 57,628 | 6,943 | 27,023 | 60 | 1 | 9824.2 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-NoVoice | 2016-08-04 | 797,176 | 93,270 | 371,423 | 977 | 49 | 140625.5 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-NoVoice | 2016-08-06 | 556,624 | 79,758 | 318,879 | 853 | 37 | 116630.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-NoVoice | 2016-08-08 | 422,870 | 78,583 | 298,898 | 763 | 29 | 107899.5 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-NoVoice | 2016-08-10 | 566,899 | 83,709 | 336,836 | 767 | 27 | 124578.4 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | HC-Dem-NoVoice | 2016-08-12 | 489,614 | 52,555 | 363,226 | 577 | 20 | 106914.4 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Obama-Legacy | 2016-12-14 | 44,755 | 6,698 | 19,786 | 76 | 8 | 8601.9 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Because-HardAsk-ACA-2 | 2017-01-24 | 6,381 | 762 | 2,457 | 12 | - | 936.5 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-01-24 | 126,129 | 18,110 | 55,058 | 632 | 80 | 24948 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-01-25 | 241,885 | 36,504 | 100,937 | 1,298 | 147 | 49580.4 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-01-26 | 329,295 | 46,857 | 152,020 | 1,670 | 157 | 66987.2 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-01-27 | 506,079 | 71,821 | 293,521 | 2,148 | 270 | 110880.5 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-01-28 | 553,697 | 90,516 | 366,108 | 2,591 | 231 | 136244.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-01-29 | 511,911 | 101,017 | 329,743 | 2,180 | 197 | 131867.4 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-01-30 | 679,738 | 92,921 | 301,665 | 1,868 | 173 | 121388.1 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-01-31 | 600,173 | 50,104 | 300,198 | 1,215 | 137 | 94066.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-02-01 | 595,459 | 95,614 | 384,606 | 1,632 | 154 | 137896 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-02-02 | 407,600 | 38,094 | 329,784 | 820 | 78 | 90388.2 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-02-06 | 980,096 | 100,297 | 339,223 | 2,297 | 182 | 137101.4 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-02-07 | 1,256,417 | 119,386 | 414,465 | 2,855 | 217 | 166383.5 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-02-08 | 1,443,240 | 122,527 | 516,158 | 3,038 | 257 | 190336.9 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-02-09 | 704,237 | 37,286 | 193,122 | 1,145 | 85 | 65475.2 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-02-10 | 1,103,875 | 75,368 | 341,723 | 1,638 | 118 | 119197.2 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-02-11 | 776,685 | 39,458 | 225,475 | 941 | 59 | 73372.4 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-02-13 | 1,361,934 | 55,860 | 603,394 | 1,532 | 105 | 162381.9 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-02-14 | 2,064,546 | 157,768 | 647,525 | 2,566 | 170 | 234088.2 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-02-15 | 225,957 | 19,447 | 65,760 | 375 | 23 | 25555.8 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Because-HardAsk-ACA-2 | 2017-02-16 | 1,203,334 | 111,184 | 414,831 | 1,900 | 114 | 150954.1 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Because-HardAsk-ACA-2 | 2017-02-17 | 954,888 | 76,075 | 302,631 | 1,520 | 65 | 106497.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Because-HardAsk-ACA-2 | 2017-02-18 | 308,332 | 52,291 | 198,700 | 794 | 59 | 69903.1 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Because-HardAsk-ACA-2 | 2017-02-19 | 760,204 | 123,107 | 508,648 | 2,011 | 118 | 172967.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Because-HardAsk-ACA-2 | 2017-02-20 | 1,162,392 | 116,191 | 412,261 | 1,971 | 92 | 153913.9 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Because-HardAsk-ACA-2 | 2017-03-01 | 178,485 | 16,997 | 61,835 | 313 | 19 | 23197.9 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Because-HardAsk-ACA-2 | 2017-03-02 | 50,118 | 4,645 | 18,187 | 73 | 5 | 6518 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-03-02 | 474,906 | 40,204 | 144,904 | 733 | 49 | 54259.5 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Because-HardAsk-ACA-2 | 2017-03-06 | 835,451 | 84,170 | 285,437 | 1,322 | 71 | 108160.6 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-03-06 | 41,819 | 3,751 | 12,739 | 86 | 6 | 5022.9 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Hillary-Dem-0307 | 2017-03-07 | 1,080,505 | 121,284 | 434,427 | 1,346 | 15 | 163984.1 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Hillary-Dem-0307 | 2017-03-08 | 245,501 | 24,506 | 96,711 | 286 | 3 | 35204.6 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan | 2017-03-09 | 1,092,784 | 102,490 | 380,099 | 1,921 | 195 | 156216.1 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan | 2017-03-10 | 939,143 | 78,355 | 301,674 | 1,670 | 136 | 119356.7 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan | 2017-03-11 | 295,064 | 38,526 | 152,361 | 678 | 76 | 58622.5 |

| Campaign | Code | Ad Name | Date | A | B | C | D | E |
|---|---|---|---|---:|---:|---:|---:|---:|
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan | 2017-03-12 | 472,475 | 83,227 | 291,197 | 1,265 | 134 | 117308.9 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan | 2017-03-13 | 406,538 | 64,533 | 253,024 | 1,144 | 112 | 96283.1 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan | 2017-03-14 | 1,086,755 | 58,147 | 424,457 | 1,066 | 127 | 128004.6 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan | 2017-03-16 | 378,028 | 22,708 | 169,077 | 532 | 46 | 50124.5 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan | 2017-03-17 | 412,584 | 25,560 | 294,670 | 528 | 60 | 77552.8 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan2 | 2017-03-18 | 1,784,206 | 159,440 | 618,274 | 1,782 | 174 | 235263.7 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan2 | 2017-03-19 | 347,364 | 26,003 | 114,290 | 353 | 25 | 40617.9 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan2 | 2017-03-20 | 10,269 | 1,108 | 7,363 | 17 | - | 2025 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Because-HardAsk-ACA-2 | 2017-03-20 | 423,217 | 43,850 | 277,424 | 448 | 55 | 82749.2 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-03-20 | 36,710 | 4,636 | 28,607 | 73 | - | 8226.9 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-Emergency | 2017-03-21 | 88,988 | 10,288 | 41,490 | 98 | 15 | 15616.4 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-Emergency-773 | 2017-03-21 | 1,256,161 | 130,095 | 495,494 | 1,513 | 193 | 190646.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-Emergency | 2017-03-22 | 10,123 | 951 | 3,064 | 11 | 2 | 1303.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-Emergency-773 | 2017-03-22 | 1,531,699 | 210,796 | 762,888 | 2,276 | 256 | 296044.5 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-Emergency-773 | 2017-03-23 | 2,601,177 | 215,586 | 772,846 | 2,079 | 181 | 298851.4 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-Emergency-773 | 2017-03-24 | 1,829,519 | 222,469 | 770,086 | 1,848 | 187 | 300034.7 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan2 | 2017-03-25 | 258,372 | 46,284 | 193,770 | 344 | 16 | 66770 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-Emergency-773 | 2017-03-25 | 754,280 | 130,459 | 448,213 | 1,029 | 41 | 177176.2 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-Generic | 2017-03-26 | 2,412,163 | 63,825 | 255,407 | 925 | 59 | 99446.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-SoftAsk | 2017-03-27 | 2,113,951 | 207,930 | 755,218 | 1,556 | 94 | 285611.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111Ob-ACA-0327 | 2017-03-28 | 261,752 | 28,221 | 195,255 | 214 | 18 | 56714.2 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111Ob-ACA-0327 | 2017-03-31 | 543,555 | 53,698 | 406,977 | 473 | 42 | 115290.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-SoftAsk | 2017-04-06 | 360,579 | 27,558 | 98,412 | 180 | 25 | 39317.6 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111Ob-ACA-0327 | 2017-04-06 | 286,439 | 48,283 | 157,418 | 288 | 25 | 62620.6 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-HardAsk-ACA | 2017-04-06 | 258,094 | 20,006 | 78,936 | 209 | 12 | 27091.1 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan2 | 2017-03-25 | 2,969,286 | 197,215 | 717,268 | 1,300 | 211 | 279559.1 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-SoftAsk | 2017-04-07 | 1,152,424 | 134,962 | 563,329 | 711 | 103 | 204058.7 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-SoftAsk | 2017-04-08 | 19,260 | 1,788 | 7,200 | 11 | - | 2611.8 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 0410-legacy | 2017-04-10 | 86,718 | 9,000 | 51,737 | 83 | 4 | 15999.5 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 0410-because-1 | 2017-04-10 | 1,071,295 | 175,620 | 675,245 | 708 | 111 | 250174.8 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-SoftAsk | 2017-04-10 | 81,087 | 14,287 | 54,206 | 58 | 7 | 19782.6 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-SoftAsk-BTest | 2017-04-10 | 1,112,606 | 162,011 | 650,564 | 505 | 80 | 235818.5 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-SoftAsk-BTest | 2017-04-11 | 102,613 | 10,345 | 43,502 | 92 | 12 | 15545.6 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 0410-because-1 | 2017-04-12 | 21,094 | 2,233 | 9,599 | 29 | 3 | 3322 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 0410-because-5ask | 2017-04-12 | 219,762 | 24,378 | 97,765 | 183 | 12 | 33803.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 0412-sanctuary-city | 2017-04-12 | 766,189 | 59,316 | 257,968 | 448 | 37 | 94883.1 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-SoftAsk-BTest | 2017-04-12 | 17,072 | 2,947 | 10,603 | 6 | 1 | 4058.2 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 0412-progressivefriends | 2017-04-13 | 60,717 | 6,832 | 27,706 | 74 | 6 | 8998.8 |
| Progressive Priorities DAN DONOR DATA= D | 56475 | Because-HardAsk-ACA-1 | 2017-04-17 | 145,998 | 19,047 | 60,669 | 348 | 6 | 23379.1 |
| Progressive Priorities(DAN MODELED DATA) | 51635 | Filler-Again-ACA | 2017-04-18 | 223,695 | 23,383 | 88,297 | 180 | 17 | 31446.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | Filler-Again-ACA | 2017-04-19 | 160,820 | 15,009 | 61,244 | 103 | 8 | 21333.3 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 111ACA-Generic | 2017-05-05 | 311,593 | 27,667 | 97,566 | 213 | 14 | 38258.8 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1pelosi | 2017-05-17 | 47,903 | 4,758 | 20,918 | 38 | 5 | 7212.4 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan2-0524 | 2017-05-24 | 33,102 | 3,340 | 13,214 | 32 | 3 | 5632.5 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan3 | 2017-05-25 | 75,986 | 7,420 | 28,640 | 54 | 11 | 11268.5 |

| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan2 | 2017-06-05 | 92,031 | 9,413 | 37,643 | 53 | 7 | 13550.4 |
|---|---|---|---|---|---|---|---|---|---|
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan3 | 2017-06-05 | 17,414 | 1,835 | 6,036 | 9 | 3 | 2414.8 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan2 | 2017-06-06 | 10,921 | 3,159 | 4,929 | 86 | 14 | 3431.4 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 0410-because-1 | 2017-06-08 | 13,250 | 2,519 | 7,197 | 75 | 7 | 3393 |
| Progressive Priorities DAN DONOR DATA= D | 51635 | 1Obama-TravelBan | 2017-06-26 | 108,744 | 10,998 | 45,360 | 175 | 19 | 17002.9 |
| | | | | 84,943,974 | 9,527,909 | 37,868,019 | 126,188 | 9,882 | 14,042,138.20 |

DOJ-0003912093