**ATTACHMENT G**



4055

83-1170/1011

3-23-16 DATE

PAY TO THE ORDER OF *Ted Cruz Contribution / AG* $ 10.00

*Ten and ⁰⁰/₁₀₀* DOLLARS

**Labette Bank**

MEMO *Contribution*

⑈:⠇01⠇⠇⠇7040:  111b00⠇⠇  4055

1142977150

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

REQUEST 00007075325000000 10.00
ROLL ECIA   20160406  000001142977150+
JOB ECIA  E  ACCT 0000000000111600
REQUESTOR U575396
19126946  12/22/2017 Research 19202414

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038

DOJ-0003840372



**REGIONS**

1517
87-1/640

3-29-16 DATE

PAY TO THE ORDER OF *Liberty Action Inc, pac Donald Trump* $ 100.00

*One Hundred* DOLLARS

C064000017C 019846 2199"01517

1142977196

REQUEST 00007075325000000 100.00
ROLL ECIA 20160406 000001142977196+
JOB ECIA E ACCT 0000000198462199
REQUESTOR U575396
19126946 12/22/2017 Research 19202414

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038



3435
88-101/1119

*3-30-16*
Date

Pay to the
Order of *Ted Crus Campaign LAG*                    $ *50⁰⁰*

*Fifty + ⁰⁰/₁₀₀*                                                    Dollars

**Capital One Bank**

For *Election Victory*

⑈ 1119010144:301 03 79139⑈ 03435

1142977141

REQUEST 00007075325000000 50.00
ROLL ECIA   20160406  000001142977141+
JOB ECIA  E  ACCT 0000003010379139
REQUESTOR U575396
19126946  12/22/2017 Research 19202414

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

DOJ-0003840363



REQUEST 00007075307000000 25.00
ROLL ECIA  20160425  000001142883187+
JOB ECIA  E  ACCT 0000000001366084
REQUESTOR U575396
19126946 12/22/2017 Research 19202510

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003840099



5748

53-7054/2113
13

4/14/16

Date

Pay to the Order of  *Ted Cruz For President*  $ 25.ºº

*Twenty Five*  ºº/100  Dollars

**Bank**
America's Most Convenient Bank®

For

⑈211370545⑈  555101906⑈  5748

1142883136

REQUEST 00007075307000000 25.00
ROLL ECIA  20160425  000001142883136+
JOB ECIA  E  ACCT 0000000555101906
REQUESTOR U575396
19126946  12/22/2017 Research 19202510

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038

DOJ-0003840048

3170

90-3702/1211

Pay to the Order of _Liberty Action Group PAC_          $ 25.00

_Twenty five and no/100_ _____ Dollars

**BANK OF THE SIERRA**

For _Fed Camp. Organization_

⑆121137027⑆3170 21000252800⑈

© Beth Yarbrough. licensed by Linda McDonald. Inc.

1142883196

REQUEST 00007075307000000 25.00
ROLL ECIA   20160425  000001142883196+
JOB ECIA  E  ACCT 0003170230002528
REQUESTOR U575396
19126946  12/22/2017 Research 19202510

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

DOJ-0003840108



54-9238
610 47448

2947

DATE 7/24/10

PAY TO THE ORDER OF Ted Cruz          $ 20.00

Twenty and 00/100          DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑆061092387⑆   8240⑆114646⑈ 2947

114951512

REQUEST 00007075315000000 20.00
ROLL ECIA   20160506  000001144951512+
JOB ECIA  E  ACCT 0000000824011464
REQUESTOR U575396
19126946  12/22/2017 Research 19202528

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003840295



55-233
212 47692

1961

DATE April 28, 2016

PAY TO THE ORDER OF _Liberty Action Group PAC_    $ 25.00

_Twenty-Five_ 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _Ted Cruz for President 2016 – God Bless City Donation_

⑆021202337⑆ 9363272372⑈1961

11-4951553

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

REQUEST 00007075315000000 25.00
ROLL ECIA   20160506  000001144951553+
JOB ECIA  E  ACCT 0000009363272372
REQUESTOR U575396
19126946  12/22/2017 Research 19202528

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038

DOJ-0003840336



83-283/1011

3151

DATE 4-28-16    Shield™

PAY TO THE ORDER OF    *Ted Cruse (LAGOPAC)*    $ 50.00

*Fifty & no/100*    DOLLARS

**First National Bank**
1700 N. Lincoln    502 S. Jackson
Liberal, Kansas 67901    Hugoton, Kansas 67951
(620) 624-1971    (620) 544-8908

MEMO *Donation*

⑈1011028361⑈ 46 1 962⑈ 318

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

4787048933

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

REQUEST 00007075321000000 50.00
ROLL ECIA    20160509 0000047870489404
JOB ECIA E ACCT 0000000000461962
REQUESTOR U575396
19126946 12/22/2017 Research 19202532

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003840137



3-7615/360

5056

Date 5/12/16

Pay to the Order of  Liberty Action Group Pac            $ 30,00

Thirty                                              Dollars

CITIZENS BANK
PENNSYLVANIA

I'm trusting you
this is for
Memo  Donald Trump

⑈:036076150⑈: 610021042⑈ 5056

Joyce Birkenstock/BARIS TRENDS, LLC, Cookeville, TN.

1147771537

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

REQUEST 00007075326000000 30.00
ROLL ECIA   20160520  000001147771537+
JOB ECIA  E  ACCT 0000006100210421
REQUESTOR U575396
19126946  12/22/2017 Research 19202553

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003840273



**7186**

17-1/910 1443
1912301860

*May 13 — 2016*
Date

Pay to the
Order of ___ Donald Trump ___ $ 100.00

One Hundred and 00/100 ___ Dollars

Wells Fargo Bank, N.A.
Minnesota
wellsfargo.com

For ___

⑆091000019⑆ 1912301660⑈ 07 18 5

1147771409

REQUEST 00007075326000000 100.00
ROLL ECIA   20160520  000001147771409+
JOB ECIA  E  ACCT 3000001912301660
REQUESTOR U575396
19126946  12/22/2017 Research 19202553

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

DOJ-0003840146

To donate
for Donald Trump
election

Capital One Bank is a trade name of Capital One Gr.

4810

14-9/650

06-94

5/15/16

Date

Pay to the
Order of  Liberty Action Group Pac          $ 50 —

fifty and no                                    Dollars

Capital One Bank

For  Donald Trump

⑆065000090⑆ 77 02 031711⑈ 04810

Marizol Clarke

1147771473

DOJ-0003840210

REQUEST 00007075326000000 50.00
ROLL ECIA   20160520  000001147771473+
JOB ECIA  E  ACCT 0000000770203171
REQUESTOR U575396
19126946  12/22/2017 Research 19202553

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038



3015

5-15-16
Date

Pay to the
Order of *Liberty Action Gr. PAC*   $ 50 oo

*Fifty*   Dollars

**BancorpSouth**
*Right Where You Are*
INFOLINE 1-888-797-7711

For *Trump only*

⑆06200397⑈ 88360417⑈   3015

1147771423

REQUEST 00007075326000000 50.00
ROLL ECIA   20160520  000001147771423+
JOB ECIA  E  ACCT 0000000088360417
REQUESTOR U575396
19126946  12/22/2017 Research 19202553

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038

DOJ-0003840160

2423
87-98/532

TO: LIBERTY ACTION GROUP

Date 6-21-16

Pay to the Order of Donald Trump Headquarters    $ 100. 00/100

One hundred and 00/100    Dollars

## SOUTH STATE BANK
SouthStateBank.com

Classic Checking

For Contribution - President

⑆053200983⑆ 851313718⑈ 02423

1147776904

REQUEST 00006982063000000 100.00
ROLL ECIA   20160715  000001147776904+
JOB ECIA  E  ACCT 0000000851313718
REQUESTOR U595295
18651896  09/19/2017 Research 18733252

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038



37-65-1119

*fw*

1549

*July 6* 20 *16*

PAY *DONALD TRUMP CAMPaign* $ *100.⁰⁰/₀₀*

to the order of

*One hundred + No/₀₀* ————————————— DOLLARS

**WELLS FARGO BANK, N.A.**
TEXAS
WELLSFARGO.COM

for *DONATION*

⑈1119006 59⑈583921253 6⑈'  1549

1147777345

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

FEDERAL RESERVE BOARD OF GOVERNORS RIEG. CC

REQUEST 00006982063000000 100.00
ROLL ECIA   20160720  000001147777345+
JOB ECIA  E  ACCT 8080005839212536
REQUESTOR U595295
18651896  09/19/2017 Research 18733252

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

DOJ-0003847183

Good Luck

11-12

1488

50-7624/2219
05

Fri. July 8 2016
Date

Pay to the
Order of Donald Trump For President $ 10 NO/100

Ten and NO/100 Dollars

Liberty Action Group Pac

MHV
www.mhvfcu.com  05
800-461-8373

For Prayers for Donald!

⑆221976243⑆ 200413230011⑈1488

1140674523

REQUEST 00006982063000000 10.00
ROLL ECIA  20160726 000001140674523+
JOB ECIA E ACCT 0000020041323001
REQUESTOR U595295
18651896 09/19/2017 Research 18733252

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003847774

God Speed, Donald Trump

**2320**

61-359/621

7-11-26

Date

Pay to the
Order of   Liberty Action Group PAC   $ 50⁰⁰

Fifty & no/100 —   Dollars

**FIRST US** | **BANK**

Thomasville, Alabama 36784
www.firstusbank.com

For   Honest Lover —

⑈062103592⑈ 50 493 990⑈ 2320

1147777461

REQUEST 00006982063000000 50.00
ROLL ECIA   20160720  000001147777461+
JOB ECIA  E  ACCT 0000000005049399
REQUESTOR U595295
18651896  09/19/2017 Research 18733252

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003847298



6-7017/2110

1375

DATE _July, 11, '16_

PAY TO THE
ORDER OF _TRUMP for PRESIDENT_    $ _25,00_

_Twenty-five and no/100_   DOLLARS 🔒

**❋ Citizens Bank**

MEMO _DONALD TRUMP_   MP

⑈2110701751⑈ 1305404553⑈ 1375

1147777389

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

REQUEST 00006982063000000 25.00
ROLL ECIA   20160720  000001147777389+
JOB ECIA E  ACCT 0000001305404553
REQUESTOR U595295
18651896  09/19/2017 Research 18733252

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038

DOJ-0003847227



72-338/1049

6435

DATE _7-14-16_

PAY TO THE ORDER OF _STaND wiTH TrumP_   $ _25 00_

_TweNTY Five dolars_   DOLLARS

MIDSTATES
B A N K
Missouri Valley, IA 51555 • Mondamin, IA 51557
www.midstatesbank.com

CHOICE CHECKING

MEMO

⑈104903388⑈ 0100260077⑈ 06435

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK. DETAILS ON BACK.

1147777500

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE ★

ENDORSE HERE

REQUEST 00006982063000000 25.00
ROLL ECIA   20160720  000001147777500+
JOB ECIA  E  ACCT 0000000100260077
REQUESTOR U595295
18651896  09/19/2017 Research 18733252

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003847337



The Hutch

1698

59-7044/2223
405

July 14, 16
Date

Pay to the
Order of  Liberty Action Group PAC          $ 35.00

Thirty Five                                    Dollars

FIRST
NIAGARA

For  Wish I Could give more

⑆222370440⑆00 ⑈000577518⑈ 1698

1140574421

REQUEST 00006982063000000 35.00
ROLL ECIA   20160726  000001140674421+
JOB ECIA E  ACCT 0000001000577518
REQUESTOR U595295
18651896  09/19/2017 Research 18733252

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003847672



7040

88-7713/3149

July 7, 2016
Date

Pay to the
Order of *Liberty Action Group PAC* — $ 50.00

*Fifty and no/xx* ———————————— Dollars

(Go Donald?)

**Velocity**
CREDIT UNION
9300 South IH 35, Bldg.
Austin, TX 78748

For *DONALD TRUMPS PAC*

⑆314977133⑆ 9007592779⑈070 40

1140674398

REQUEST 00006982063000000 50.00
ROLL ECIA   20160726  000001140674398+
JOB ECIA  E  ACCT 0000009007592729
REQUESTOR U595295
18651896  09/19/2017 Research 18733252

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

DOJ-0003847649



3637

57-85/115
2

7 / 23 / 16
Date

Pay to the
Order of _____ Donald Trump _____ | $ 50.00

Fifty dollars 00/100 _____ Dollars

**WASHINGTON TRUST®**

For _____ for President

⑆011500858⑆ 006960 29⑈ 3637

5749722556

REQUEST 00007075309000000 50.00
ROLL ECIA 20160805 000005749722556+
JOB ECIA E ACCT 0000000000696029
REQUESTOR U575396
19126946 12/22/2017 Research 19202718

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003840927

10-82

2342

7-183/520 MD
1365

DATE 7-27-16

PAY TO THE ORDER OF "Liberty Action Group" PAC          $ 300

Three hundred & No/100 ——————————          DOLLARS

**Bank of America**

ACH R/T 052001633

Wealth Management Banking

For Trump's campaign

⑆052001633⑆ 003914542004⑆ 2342

5749722751

REQUEST 00007075309000000 300.00
ROLL ECIA   20160805  0000057497227751+
JOB ECIA  E  ACCT 0000003914542004
REQUESTOR U575396
19126946  12/22/2017 Research 19202718

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003841121



5749722625

REQUEST 00007075309000000 100.00
ROLL ECIA   20160805  000005749722625+
JOB ECIA E ACCT 0000000000215954
REQUESTOR U575396
19126946 12/22/2017 Research 19202718

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003840996



5747

64-178/611
01

8-28-16 Date

Pay to the
Order of Liberty Action Group PAC $5⁰⁰

Five dollars and N/100 Dollars

**Exchange Bank**
Milledgeville · Gray · Lake Oconee

For

⑆061101786⑆ 68 97 59⑆ 5747

11464/8182

REQUEST 00006982063000000 5.00
ROLL ECIA   20160916  000001146478182+
JOB ECIA  E  ACCT 0000000000689759
REQUESTOR U595295
18651896  09/19/2017 Research 18733252

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003848350

4933

64-137/611

*Standing up*
*With Trump*

$ 35.00

DATE 9-11-2016

PAY TO THE
ORDER OF

*thirty Dollar + no*
*Too*

DOLLARS

**A REGIONS**

FOR *Pledge*

⑇O61101375⑇ 6805023319"04933

06110137⑇        04933
6805023319
BOBBY OR LUC LLC

Security Features exceed industry standards and include:
• Matching account and check number on back - see the 9 column box
• The Security screen - clear numbers on back - hard to alter fraud
• Microprint Skin - microprinting - security text
• The words: ORIGINAL DOCUMENT - security on back
• Photo Safe Document - front and back - out and back

Do not cash if:
• Any of the features listed above are not present or your attempt
• Fugitive ink - wash ink applied to design front and
• Brown stains and reflective spots on back on 3 front and back

3545195146

3545195146

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
● RESERVED FOR FINANCIAL INSTITUTION USE ●

X
ENDORSE HERE

REQUEST 00006982063000000 35.00
ROLL ECIA   20160922  000003545195146+
JOB ECIA  E  ACCT 0000006805023319
REQUESTOR U595295
18651896  09/19/2017 Research 18733252

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038



68-2/510
0000007807274

1155

Date 1 2 SEPT 2016 [Shield™]

Pay to the
order of LIBERTY ACTION GROUP                    $ 100.00

ONE HUNDRED AND 00/100      Dollars

SUNTRUST    ACH RT 091000104

Memo DON'T LET HIM Blow

⑉05 10000 20⑉0000007807274⑉ 1155

AGE G4

3545194815

ENDORSE HERE

DC NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

REQUEST 00006982063000000 100.00
ROLL ECIA    20160921  000003545194815+
JOB ECIA  E  ACCT 0000000007807274
REQUESTOR U595295
18651896  09/19/2017 Research 18733252

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

DOJ-0003848510



10-13

1132

63-1482/670
215

10    2016
Date

Pay to the Order of *Liberty Action*     *Donald Trump* $ 70.00

*Seventy—00/100*

Dollars

**TD Bank**

America's Most Convenient Bank®

For *God help you we pray*

⑆067014822⑆ 4287490448⑈ 1132

Harland Clarke     TD Bank, N.A.

REQUEST 00006982064000000 70.00
ROLL ECIA   20161025   000001140082104+
JOB ECIA E   ACCT 0000004287490448
REQUESTOR U595295
18651896   09/19/2017   Research 18733259

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003846342



2813
1-32/210 NY
18553

OCT 12, 2016
Date

Pay to the order of *Liberty Action Group PAC*    $50.00

*Fifty* Dollars

**Bank of America**

ACH R/T 021000322

Memo *Trump Only & Donald*

⑆021000322⑆ 0094633489 0⑈ 2813

5749721165

REQUEST 00006982064000000 50.00
ROLL ECIA   20161017  000005749721165+
JOB ECIA  E  ACCT 0000009463348901
REQUESTOR U595295
18651896  09/19/2017 Research 18733259

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

DOJ-0003846139



1-7058/2260

675

DATE 10/13/2016

PAY TO THE ORDER OF _Liberty Action Group_     $35 00/XX

_Thirty-five_                                    DOLLARS 🔒

**Apple Bank**     Apple Bank for Savings
4519 Thirteenth Avenue
Brooklyn, NY 11219

MEMO _Donation to Trump campaign_                NP

⑈226070584⑈ 447 3119255⑈ 0675

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

ENDORSE HERE

REQUEST 00006982064000000 35.00
ROLL ECIA   20161018  000001144121752+
JOB ECIA  E  ACCT 0000004473119255
REQUESTOR U595295
18651896  09/19/2017 Research 18733259

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

DOJ-0003846207



2502

24-7036/3230 OR
20632

Date 10/14/2016

Pay to the Order of _Donald Trump for Pres Liberty Action Group_ $ 100⁰⁰

_One hundred_ _____ 51/100 Dollars

**Bank of America**

ACH R/T 323070380

For _Trump for Pres_   Donation

⑆323070380⑆ 002107716773⑈ 2502

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00006982064000000 100.00
ROLL ECIA   20161018  000001144121711+
JOB ECIA  E  ACCT 0000002107716773
REQUESTOR U595295
18651896  09/19/2017  Research 18733259

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003846166



REQUEST 00006982064000000 25.00
ROLL ECIA 20161026 000003545199506+
JOB ECIA E ACCT 0000000003512498
REQUESTOR U595295
18651896 09/19/2017 Research 18733259

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038



REQUEST 00006982064000000 25.00
ROLL ECIA   20161026  000003545199507+
JOB ECIA  E  ACCT 0000002004655900
REQUESTOR U595295
18651896  09/19/2017 Research 18733259

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038



2561

66-21/530 10162
1010177923452

Oct. 23 2016
Date

PAY to the order of Liberty Action Group (PAC)   $ 50.00

Fifty and xx/ Dollars ( _____ )   Dollars

WELLS FARGO   Wells Fargo Bank, N.A.
North Carolina
wellsfargo.com

Stay Focused - Try humble.
For Trump/media Campaign

⑆053000219⑆ 1010177923452⑈ 02561

1140679032

REQUEST 00006982064000000 50.00
ROLL ECIA   20161031  000001140679032+
JOB ECIA  E  ACCT 3381010177923452
REQUESTOR U595295
18651896  09/19/2017 Research 18733259

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

DOJ-0003846567



REQUEST 00006982065000000 15.00
ROLL ECIA    20170127  000001144127545+
JOB ECIA  E  ACCT 0380000375277811
REQUESTOR U595295
18651896  09/19/2017 Research 18733280

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003845563

3152

95-219/1070 2903
1354002949

11-4-16
Date

Pay to the
Order of  Donald Trump                    $ 110.00

One Hundred Ten & No/100                          Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
New Mexico
wellsfargo.com

For _____

⑈107002192⑈ 1354002949⑈ 03152

3545192345

REQUEST 00006982064000000 110.00
ROLL ECIA   20161121  000003545192345+
JOB ECIA  E  ACCT 5850001354002949
REQUESTOR U595295
18651896  09/19/2017 Research 18733259

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003846788

5714

96-1501/412

Date _11-4-16_

Pay to the
Order of _Donald Trump_          $ _25.00_

_twenty-five dollars_          Dollars

**Huntington**

Memo _____

⑆041215016⑆ 02048733599⑆05714

3545192341

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

X

REQUEST 00006982064000000 25.00
ROLL ECIA   20161121  000003545192341+
JOB ECIA  E  ACCT 0000002048733599
REQUESTOR U595295
18651896  09/19/2017 Research 18733259

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038

DOJ-0003846784



11-94

6855

68-316/514

Dec 16, 2016

Liberty Action Group PAC          $ 25.00

Twenty five and 00/100 —————          Dollars

UNION Union Bank & Trust

For  Repeal Obamacare

⑆051403164⑆ 0101063413⑈     6855

Harland Clarke                                                    WILDLIFE PORTRAITS©

1140676243

REQUEST 00006982064000000 25.00
ROLL ECIA   20161221  000001140676243+
JOB ECIA  E  ACCT 0000000101063413
REQUESTOR U595295
18651896  09/19/2017 Research 18733259

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

DOJ-0003846871



1-148
210 **99356**

3240

Date **12-26-16**

Pay to the order of   *LIBERTY   ACTION   GROUP  PAC*   $ **50.00**

*Fifty   dollars   and   oo/oo*   Dollars

**citibank**   Citigold®

CITIBANK, N.A. BR. #99356
1150 OLD COUNTRY ROAD
SOUTH WESTBURY, NY 11590

For   *HEALTH   REFORM*   MP

⑈0210014861⑈ 068415140⑈ 3240

1140630745

REQUEST 000069820640000000 50.00
ROLL ECIA   20170111  000001140630745+
JOB ECIA  E  ACCT 0000000068415140
REQUESTOR U595295
18651896  09/19/2017 Research 18733259

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038

DOJ-0003846956

7400

*1-24-17*

DATE

74-7116/2724

PAY TO THE ORDER OF *Liberty Action Group PAC* $ *16.00*

*Sixteen & no/100* DOLLARS

Security features included. Details on back.

**EATON FEDERAL**
SAVINGS BANK

FOR *Repeal Obama Care* MP

⑆272471166⑆ 0470002024⑈ 7499

ENDORSE HERE

X

1146478428

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC*

*The security features listed below as well as those not listed, exceed industry guidelines.*

REQUEST 00006982065000000 16.00
ROLL ECIA   20170203  000011464478428+
JOB ECIA  E  ACCT 0000000470002024
REQUESTOR U595295
18651896  09/19/2017 Research 18733280

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038

DOJ-0003845626



REQUEST 00006982065000000 20.00
ROLL ECIA   20170203  000001146478385+
JOB ECIA  E  ACCT 1630001680505615
REQUESTOR U595295
18651896  09/19/2017 Research 18733280

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038

REDE Page 286 of 606
Visit us at www.53.com
Case 1:21-cr-00223-LY    Document 122-7    Filed 04/14/23    Page 43 of 45



86-73/531

**2103**

_Feb 1, 2017_ Date

Pay to the Order of _Liberty Action Group PAC_     $ 25.00

_Twenty five and_ 00/100 Dollars

**FIFTH THIRD BANK**

_Help repeal and replace_

For _Obama Care_

⑈053100737⑈ 0003079511⑈ 2103

ENDORSE HERE

REQUEST 00006982065000000 25.00
ROLL ECIA   20170215  000001144121316+
JOB ECIA  E  ACCT 0000000003079511
REQUESTOR U595295
18651896  09/19/2017 Research 18733280

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

1266

74-265/724

CHECK SAFE

_Feb 3_, 20 _17_

Pay to the
Order of _Liberty Action Group OhC_    $ _20.00_

_Twenty & 00/00_                                     Dollars

**INDEPENDENT BANK**

For _Help Clear Trump_

⑆072402652⑆   750⑈2986⑈81⑈  1266

© 2003 Dave Antonino

1140671250

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00006982065000000 20.00
ROLL ECIA   20170206  000001140671250+
JOB ECIA  E  ACCT 0000000075029868
REQUESTOR U595295
18651896  09/19/2017 Research 18733280

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038



9935

88-1756/1113
00

2-27-17
Date

Pay to the
Order of _Liberty Action Group PAC_    $ 25.00

Twenty-five and -no/100 _____ Dollars

**TEXAS NATIONAL BANK**
SWEETWATER ★ TUSCOLA

For Repeal + replace Obamacare

⑈111317569⑈ ⑆481610⑈ 9935

REQUEST 00006982065000000 25.00
ROLL ECIA   20170307 000001144124680+
JOB ECIA E ACCT 0000000000481610
REQUESTOR U595295
18651896 09/19/2017 Research 18733280

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

DOJ-0003845845