**ATTACHMENT H**

14-Aug-17                                                                                           11Aug17-668

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G11Aug17-668**
Sequence number 009990620122  Posting date 07-Jul-16  Amount 35.00

---

08-99                                                                                              2364
                                                                                             57-9026/2115
                                                          MAY 28-2016                              08
                                                          _____
                                                              Date

Pay to the Order of  HILLARY FOR PRESIDENT PAC  | $ 35.00

THIRTY FIVE _____  Dollars

**Pawtucket Credit Union**
www.pcu.org

For  OUR NEXT PRESIDENT

⑈211590260⑈:050608313305⑈′2364

14-Aug-17                                                                                                       11Aug17-668

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G11Aug17-668**
Sequence number 009990620123  Posting date 07-Jul-16 Amount 38.00

11778
3-50/310 9284
1000045341150

Date: 6/2/16

Pay to the Order of: PROGRESSIVE PRIORITIES PAC   $ 38.00

THIRTY-eight ———————————————— 00/100 Dollars

Wells Fargo Bank, N.A
Pennsylvania
wellsfargo.com

For: (Donation to Hillary)

⑆031000503⑆ 1000045341150⑈ 11778

14-Aug-17     11Aug17-668
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G11Aug17-668
Sequence number 009990620141   Posting date 07-Jul-16   Amount 30.00

```
                                                          7480
                                                       7-163/520 MD
                                                           5187
                              June 9, 2016
                                         Date
Pay to the
Order of  Progressive Priorities 35       $ 30.00
         Thirty                      0/100  Dollars

Bank of America
   would send you more,        Bank of America Advantage®
For My car is totaled.
⑆052001633⑆  0029640 21893⑈ 7480
```

DOJ-0000000434

14-Aug-17                                                                                           11Aug17-668

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G11Aug17-668**
Sequence number 009990620126   Posting date 07-Jul-16   Amount 100.00



73-151/421

5704

DATE 06-10-16

PAY TO THE ORDER OF  Progressive Priorities PaC.   $100.00

One Hundred Dollars and no/Cents DOLLARS

Advantage50

**Traditional Bank**
MOUNT STERLING, KENTUCKY 40353

For Hillary Clinton Campaign

⑆042101514⑆ 41021780⑈ 5704

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK. DETAILS ON BACK

14-Aug-17 11Aug17-668

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G11Aug17-668**
Sequence number 009990620136  Posting date 07-Jul-16  Amount 25.00

63-215/631

3456

Date 6/12/16

Pay to the order of  Hillary Victory Fund           $ 25.xx

Twenty five + 00/100                              Dollars

**SunTrust**   ACH RT 061000104

Memo

⑆063102152⑆053204104711 2⑈ 3456⑉

14-Aug-17　　　　　　　　　　　　　　　　　　　　　　　　　　　11Aug17-668

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
GROUP ID G11Aug17-668
Sequence number 009990620135  Posting date 07-Jul-16  Amount 50.00



14-Aug-17                                                                                          11Aug17-668

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G11Aug17-668**
Sequence number 009990620077  Posting date 07-Jul-16  Amount 35.00



Check #2469, dated June 14, 2016, Pay to the order of Hillary For President PAC, $35.00, Thirty Five Dollars, drawn on Pawtucket Credit Union. Memo: Our Next President.

DOJ-0003891850

14-Aug-17                                                          11Aug17-668

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G11Aug17-668**
Sequence number 009990620067  Posting date 07-Jul-16  Amount 5000.00

---

81-43/829      8578

DATE 6-28-16

PAY TO THE ORDER OF _Hilary Clinton for Pres_    $ 5000.00

_Five Thousand + 00/100_ — DOLLARS

**Simmons Bank**

MEMO _Political Donation_

⑊08290432⑊  00136615⑊  8578

14-Aug-17                      11Aug17-668

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G11Aug17-668**
Sequence number 005480501032 Posting date 21-Jul-16 Amount 500.00

---

1998
11-4288/1210 4342
020621 0429

July 5, 2016

Pay to the Order of: Hillary Clinic     $ 500.00

Five Hundred & 00 Dollars

Wells Fargo Bank, N.A.
California
wellsfargo.com

Valued Customer Since 198_

For: Donation "Best Wishes"

⑆121042882⑆ 020621042⑈ 01998

---

JPMorganChaseBank 072105 000973 921830021693

FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

14-Aug-17

11Aug17-668

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G11Aug17-668
Sequence number 005480501035   Posting date 21-Jul-16   Amount 200.00



14-Aug-17 11Aug17-668

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G11Aug17-668**
Sequence number 005480501065  Posting date 21-Jul-16  Amount 25.00

*Land of the Free*

2929
88-441/1119

7-6 20_16_

PAY TO THE ORDER OF _Hillary for President_   $25.00

_Twenty five & no/100_   DOLLARS

**NATIONAL BANK**
THE NATIONAL BANKS OF CENTRAL TEXAS
www.thenationalbanks.com

FOR _____

⑆111904419⑆  2929⑉ 112334⑉

JPMorgan Chase Bank 07/21/16

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

14-Aug-17　　　　　　　　　　　　　　　　　　　　　　　　　　　　　11Aug17-668
**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G11Aug17-668**
Sequence number 005480501028  Posting date 21-Jul-16  Amount 25.00

—— Visit us at www.53.com ——

63-9171/670

**4456**

7/7/2016

Date

Pay to the Order of  Hillary Clinton Campaign   $25.00

Twenty-five & no  ——————————— Dollars

**FIFTH THIRD BANK**

For _____

⑈067091719⑈ 005106759811⑈ 4456

JPMorganChaseBank 072105 000973 9219300216820

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

14-Aug-17                                                                                  11Aug17-668

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G11Aug17-668**
Sequence number 009870151012  Posting date 26-Aug-16  Amount 100.00





14-Aug-17                                                                                      11Aug17-668

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G11Aug17-668**
Sequence number 005480501045  Posting date 21-Jul-16  Amount 50.00



JPMorganChaseBank 072105 000973 9218300217 06

JPMorgan Chase Bank, N.A.
FOR DEPOSIT ONLY
WITHIN NAMED PAYEE
CREDITED TO ACCOUNT OF

14-Aug-17                                                                                                                     11Aug17-668

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G11Aug17-668**
Sequence number 009870150997  Posting date 26-Aug-16  Amount 500.00

