# ATTACHMENT I

66-7704/2531

**1096**

DATE 02/07/17

PAY TO THE ORDER OF Progressive Priorities, PAC     $ 20.00

Twenty and 00/100     DOLLARS

**State Employees' Credit Union**
Weaverville, North Carolina

189

MEMO Block ACA Repeal Effort

⑆253177049⑆086430379890⑆ 1096

144121345

ENDORSE HERE

m.l.

REQUEST 00007873481000000 20.00
ROLL ECIA   20170215  000001144121345+
JOB ECIA  E  ACCT 0000008643037989
REQUESTOR U282696
22974918  02/04/2020 Research 22975182 HOGAN HISTORICAL: 000

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038



```
REQUEST 00007873481000000 50.00
ROLL ECIA    20170215  000001144121342+
JOB ECIA  E  ACCT 1141000239344743
REQUESTOR U282696
22974918  02/04/2020 Research 22975182 HOGAN HISTORICAL: 000
```

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038



```
REQUEST 00007873481000000 200.00
ROLL ECIA   20170330  000001145083815+
JOB ECIA  E  ACCT 3381010223074873
REQUESTOR U282696
22974918  02/04/2020 Research 22975182 HOGAN HISTORICAL: 000

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038
```

```
                                                                  861
                                                                  90-7097/3211
                                          March 12  '17           11
                                                       DATE
PAY TO THE
ORDER OF  Progressive Prosthetics PLLC         $ 30.00

          Thirty  xx/100
                                                       DOLLARS

EL DORADO SAVINGS BANK
P.O. Box 118
Shingle Springs, CA 95682-0118
(800) 688-7739  www.eldoradosavings.com

FOR  as requested by OBama

⑆321170978⑆  ⑈113014625⑈   00861
```

1145083821

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 07/021

REQUEST 00007873481000000 30.00
ROLL ECIA   20170330  000001145083821+
JOB ECIA  E  ACCT 0000000113014625
REQUESTOR U282696
22974918  02/04/2020 Research 22975182 HOGAN HISTORICAL: 000

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038



REQUEST 00007873481000000 100.00
ROLL ECIA    20170330  000001145083820+
JOB ECIA  E  ACCT 0000000005052011
REQUESTOR U282696
22974918  02/04/2020 Research 22975182 HOGAN HISTORICAL: 000

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

```
[I]   [REDACTED]                            3043
                                            93-168/929
                         3/19/17
                              Date

Pay to the
Order of  PROGRESSIV PRIORITIES INC  $ 5.00
          FIVE ONLY                         Dollars

[I] First Interstate Bank
    888-752-3336
    firstinterstate.com

For Stop travel ban                         [signature]

⑆092901683⑆ 00 20004016⑈ 3043

Harland Clarke
```

1145083816

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 07021

REQUEST 00007873481000000 5.00
ROLL ECIA   20170330  000001145083816+
JOB ECIA  E  ACCT 0000000020004016
REQUESTOR U282696
22974918  02/04/2020 Research 22975182 HOGAN HISTORICAL: 000

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038



REQUEST 00007873481000000 50.00
ROLL ECIA    20170330  000001145083833+
JOB ECIA  E  ACCT 0000000000340869
REQUESTOR U282696
22974918  02/04/2020 Research 22975182 HOGAN HISTORICAL: 000

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038



```
REQUEST 00007873481000000 25.00
ROLL ECIA    20170418  000001140083357+
JOB ECIA  E  ACCT 000000001200278
REQUESTOR U282696
22974918  02/04/2020 Research 22975182 HOGAN HISTORICAL: 000

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038
```





REQUEST 00007873481000000 100.00
ROLL ECIA   20170330   000001145083829+
JOB ECIA  E  ACCT 0000001306181647
REQUESTOR U282696
22974918  02/04/2020 Research 22975182 HOGAN HISTORICAL: 000

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038



Check #2976 — Mar 25, 2017 — Pay to the Order of: Progressive Priorities PAC — $******100.00 — One Hundred and 00/100 Dollars — Bank of America — ACH R/T 121000358 — For: Health insurance for all — ⑆121000358⑆ 000973303856⑈ 2976



121000358 / 000973303856 / HOGAN LIVING TRUST / 2976 / 1140083355

REQUEST 00007873481000000 100.00
ROLL ECIA    20170418    000001140083355+
JOB ECIA  E  ACCT 000000973303856
REQUESTOR U282696
22974918  02/04/2020 Research 22975182 HOGAN HISTORICAL: 000

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038



```
REQUEST  00007873481000000  50.00
ROLL ECIA   20170418   000001140083335+
JOB ECIA  E  ACCT 0000004556848382
REQUESTOR U282696
22974918  02/04/2020 Research 22975182 HOGAN HISTORICAL: 000

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038
```

11984
88-495/1149

4-3-2017
DATE

PAY TO THE ORDER OF  Progressive Priorities         $ 25⁰⁰

Twenty-five dollars + ⁿᵒ/₁₀₀                                DOLLARS

FIRST NATIONAL BANK of Bastrop, Texas
Bastrop County's Bank... Since 1889
(512) 321-2561
P.O. Drawer F
Bastrop, TX 78602

FOR  I stand 4 OBAMA                                         MP

⑈114904953⑈1984  ⑈474791⑈

1140083336

Security Features exceed industry standards and include:
• Matching account and check number on back (Patent No. 6,249,362)
• The Security Weave™ pattern on back designed to deter fraud
• Microprint (MP) lines printed on front and back
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe Deposit™ icon visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains and colored spots appear on both front and back

REQUEST 00007873481000000 25.00
ROLL ECIA   20170418  000001140083336+
JOB ECIA  E  ACCT 0000000000474791
REQUESTOR U282696
22974918  02/04/2020 Research 22975182 HOGAN HISTORICAL: 000

Summons and Subpoenas Department
S4001-01F
Phoenix  AZ  85038