# ATTACHMENT J

# RE:

| | |
|---|---|
| **From:** | Robert Reyes <robmediasource@gmail.com> |
| **To:** | Matt Media Team <matt.mediateam@gmail.com> |
| **Date:** | Thu, 25 Feb 2016 22:03:06 +0000 |

OK. Alongside Trump campaigns?

**From:** Matt Media Team [mailto:matt.mediateam@gmail.com]
**Sent:** Thursday, February 25, 2016 1:29 PM
**To:** Robert Reyes <robmediasource@gmail.com>
**Subject:** Re:

im talking about dialing

On Thu, Feb 25, 2016 at 1:10 PM, Robert Reyes <robmediasource@gmail.com> wrote:
> For sure! Test it!
>
> **From:** Matt Media Team [mailto:matt.mediateam@gmail.com]
> **Sent:** Thursday, February 25, 2016 12:55 PM
> **To:** robmediasource@gmail.com
> **Subject:**
>
> Yo, lets get a hillary ad out and see what happens.