**ATTACHMENT K**

# Fwd: More on PAC Inquiry

| | |
|---|---|
| From: | M Media Team <matt.mediateam@gmail.com> |
| To: | Robert Reyes <robmediasource@gmail.com> |
| Date: | Fri, 02 Sep 2016 04:51:47 +0000 |

Why I told you we needed two PACs

---------- Forwarded message ----------
From: **Robert Reyes** <rob@modernmediagroupllc.com>
Date: Thu, Sep 1, 2016 at 11:08 PM
Subject: Fwd: More on PAC Inquiry
To: Matt Media Team <matt.mediateam@gmail.com>

Get Outlook for iOS

---------- Forwarded message ----------
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@buzzfeed.com>
Date: Fri, Sep 2, 2016 at 3:32 AM +0200
Subject: More on PAC Inquiry
To: <▓▓▓▓▓▓▓▓▓▓▓▓▓▓>, <rob@modernmediagroupllc.com>

Trying to reach the two of you for a story I'm doing on your PAC. The group has no clear connection to Mr. Trump and records show it hasn't donated any money to his campaign.

I'm posting a story tomorrow. Questions I have, why is the FEC informations so limited. How much are you paying yourselves? Are you running any ads outside of raising money? Will your filings be amended?

The PAC has taken in almost $800,000 dollars, according to FEC records, but those records reveal little about where money is being spent and to whom it is going.

The group's largest expenditure — $698,156.85 — is for a "media consultant." No information is given as to who the money went to. Other expenditures like "cashed checked" for $1,000 and $3,5000 are equally ambiguous. No address or purposes is given on any of the disbursements from the group in federal filings.

Much of the rest of the money seems to be being spent on robocalls — and there have been many of those. While your barebones websites promises all "contributions go directly toward spreading the message through media to support Donald Trump," it's unclear how much is spent on electing Trump. On the surface, it appears much of the PACs money is being spent on raising more money.

I spoke to a treasurer for the PAC, ▮ who couldn't answer questions about where money was being spent saying he forwarded questions about the PAC's spending to the the two of you. Who he called directors.

Your Facebook lists you as a student at Texas Tech University. Your public address is listed on FEC filings as a guest house for students two blocks from the University of Texas at Austin. Photos on your Facebook show him you living at the house. The PAC's address is listed as a co-working space in Austin.

A public Facebook post in May complaining about calls from the PAC cites ▮ saying he was the head of the group when apologizing for not taking someone off their call list. Disbursements to ▮ totaled $14,000 in the group's July quarterly filing.

Mr. Reyes role with the PAC is unclear. His Linkedin profile lists him as a founder of "Modern Media Group LLC" and April FEC records show a $10,000 payment from the PAC to that group.

Online, people have taken notice of the PAC — there are videos complaining about the group being unable to say where money was being spent have on YouTube and complaints from pro-Trump bloggers have percolated for months. A Facebook for the group appears to have been taken down.

According to a robocall posted online, the group made calls in support Ted Cruz during the Republican primary; those calls appear to have been running as the same time as Trump ads. Is this true, did you support two candidates at once?

The groups of lack of disclosure appears to have come to the attention of the FEC, earlier this year they sent the PAC a letter earlier this year asking for more information saying the group "failed to include the address, and purpose," on spending disbursements.

Let me know,

▮
BuzzFeed Politics Reporter
▮ (Our cell service sucks, call my desk first)
▮ (Desk)
@▮