**ATTACHMENT L**

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent:** | Wednesday, June 29, 2016 2:32 PM |
| **To:** | progressiveprioritiespac@gmail.com |
| **Cc:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Subject:** | TCPA NON COMPLIANCE |

▓▓▓▓▓,

Over the past couple of days I have been receiving numerous pre recorded telephone calls featuring the voice of Hillary Clinton with a press 1 option to donate. This is an illegal call and violates the TCPA regardless of the callers purpose. The numbers showing up on my caller ID are 202 792 0003 which called at 5:57PM June 28th and 7:04 PM June 27th, the number 202 738 5646 called 5:20 PM June 24th and 202 738 5594 at 7:08 PM June 23rd.

Last night I again expressed my desire to be placed on their DO NOT CALL list for the 4th time, and then spoke with a manager named ▓▓▓ ▓▓▓ refused to provide the name of his company and then informed me that he was working for Progressive Priorities Pac, and proceeding to give me your name and address and a phone. I pressed ▓▓▓ to mail me a copy of his companies Do Not Call Policy and he refused. In addition I asked where did he get *my express consent* to receive a robocall to from you? He informed me he didn't have a list of people to call.

So basically we have two options:

First you can settle the TCPA claims for $13,500.00 USD, 4 robocalls at $1,500 each, 4 failures to place me on internal DNC list at $1,500 each, plus $1,500 for failure to mail a copy of the do not call policy.

Second Option, provide the name, address, phone and contact person(s) at the telemarketing firm(s) you hired to fund raise for you and have them settle.

Sincerely

▓▓▓▓

DOJ-0002571849

2

DOJ-0002571850