**ATTACHMENT M**

```
                              have to run some errands but we can def start Wednesday
2018-04-10 00:07:32 -05:00    ███████████  ███████████  Dammm
2018-04-10 00:07:38 -05:00    <+12093629164@iMessage>: We have to do this brand business
2018-04-10 00:07:51 -05:00    <+12093629164@iMessage>: Ok wednesday
2018-04-10 00:07:55 -05:00    <+12093629164@iMessage>: I'll hold you to it
2018-04-10 00:08:02 -05:00    ███████████  ███████████  Ok let's do it!
2018-04-10 00:10:18 -05:00    <+12093629164@iMessage>: We have to hit all of the models up
                              before patreon gets them
2018-04-10 21:03:30 -05:00    <+12093629164@iMessage>: Tomorrow 9 am
2018-04-10 21:05:07 -05:00    <+12093629164@iMessage>: I'll train you for an hour then we
                              can start
2018-04-10 21:28:20 -05:00    ███████████  ███████████  Got itttttðŸ'ŒðŸ'Œ ok I'll
                              be ready tomorrow morning
2018-04-10 21:28:28 -05:00    ███████████  ███████████  And I'll have some stuff
                              ready for the am
2018-04-11 10:34:14 -05:00    <+12093629164@iMessage>: ███ let's start tomorrow I am
                              literally dieing
2018-04-11 10:48:31 -05:00    ███████████  ███████████: Oh no what's wrong
2018-04-12 17:20:24 -05:00    <+12093629164@iMessage>: I was sick
2018-04-12 17:20:37 -05:00    <+12093629164@iMessage>: I'm healthy now
2018-04-12 17:20:49 -05:00    <+12093629164@iMessage>: I got an allergy shot
2018-04-12 22:34:09 -05:00    <+12093629164@iMessage>: This app round 2 called me
2018-04-12 22:34:27 -05:00    <+12093629164@iMessage>: They do used sporting goods and
                              want to do it in Chicago
2018-04-12 22:35:12 -05:00    <+12093629164@iMessage>: It's an app
2018-04-12 22:35:45 -05:00    <+12093629164@iMessage>: I need to go generate money doing
                              political again
2018-04-12 22:35:53 -05:00    <+12093629164@iMessage>: It's hot right now
2018-04-13 11:08:43 -05:00    ███████████  ███████████  Wait so I'm confused
2018-04-13 11:08:57 -05:00    ███████████  ███████████  You want to do the political
                              campaign or this app?
2018-04-13 11:10:38 -05:00    <+12093629164@iMessage>: Do the political to make money to
                              fund instamodels
2018-04-13 11:11:21 -05:00    <+12093629164@iMessage>: I'm better now
2018-04-13 11:11:42 -05:00    <+12093629164@iMessage>: Let's do this influencer business
2018-04-13 11:11:45 -05:00    <+12093629164@iMessage>: I can do both
2018-04-13 11:16:55 -05:00    ███████████  ███████████  Oh okay I see.
                              But yeah I agree stick to the influencer business since you know it's profitable and
                              there's plenty of potential for growth
2018-04-13 11:56:26 -05:00    <+12093629164@iMessage>: Ok then let's do it
2018-04-18 16:42:01 -05:00    <+12093629164@iMessage>: ███ you should go to law school
2018-04-18 16:42:14 -05:00    <+12093629164@iMessage>: PI is bigger money
2018-04-18 16:42:21 -05:00    <+12093629164@iMessage>: I'm going to try it out marketing
                              it
```

2018-04-18 17:10:02 -05:00 ▮▮▮ ▮▮▮ Do you really think I should do law school over doing marketing/media?

2018-04-18 17:10:26 -05:00 ▮▮▮ ▮▮▮ I would have to commit several months of 24/7 studying for the LSAT

2018-04-18 17:11:03 -05:00 ▮▮▮ ▮▮▮ And I just want to make sure it's worth it before I give up a career that I could enjoy

2018-04-18 17:11:30 -05:00 ▮▮▮ ▮▮▮ But ur right law is stable and I have the grades to get into an Ivy League

2018-04-18 17:11:44 -05:00 ▮▮▮ ▮▮▮ I'm just super lost right now if what I should do

2018-04-18 17:12:10 -05:00 <+12093629164@iMessage>: You can always do marketing it's always going to be the same as the angles

2018-04-18 17:14:04 -05:00 <+12093629164@iMessage>: But if you're an attorney you can do a lot more when it comes to Big Business

2018-04-18 17:15:17 -05:00 ▮▮▮ ▮▮▮ So you think just sacrifice a couple months to do the lsat and try to hit the highest score I can, then apply

This fall for law school starting 2019

2018-04-18 17:15:40 -05:00 ▮▮▮ ▮▮▮ If you think so I definitely will do that

2018-04-18 17:17:00 -05:00 <+12093629164@iMessage>: For sure I would

2018-04-18 17:18:48 -05:00 ▮▮▮ ▮▮▮ : OK most def

2018-04-18 17:19:23 -05:00 <+12093629164@iMessage>: I have a baller life doing political

2018-04-18 17:19:36 -05:00 <+12093629164@iMessage>: And I can only do it because I know the laws

2018-04-18 17:20:16 -05:00 <+12093629164@iMessage>: But Facebook and all this social media can kick you around ... at least if you're an attorney you can identify opportunities like I did with political

2018-04-18 17:20:22 -05:00 <+12093629164@iMessage>: Within the laws

2018-04-18 17:23:03 -05:00 ▮▮▮ ▮▮▮ : Ya you're 100% right. I'm going to map out a new plan to get this lsat test done and then do legal work for sure

2018-04-18 17:29:02 -05:00 <+12093629164@iMessage>:

{files\Image\IMG_7821.PNG}

2018-04-18 17:29:26 -05:00 <+12093629164@iMessage>: You can make these landers etc etc super easy

2018-04-18 17:29:27 -05:00 <+12093629164@iMessage>: But without your bar, you can't charge

2018-04-18 17:36:52 -05:00 <+12093629164@iMessage>: Watch House Of Lies, that's you if you finish law school....living downtown in a gorgeous penthouse overlooking the city

2018-04-18 17:41:59 -05:00 <+12093629164@iMessage>: I'll call you later

2018-04-18 17:48:40 -05:00 ▮▮▮ ▮▮▮ Hey so sorry I was showering I'm at equinox

2018-04-18 17:48:45 -05:00 ▮▮▮ ▮▮▮ But call me later let's talk

2018-04-18 17:49:27 -05:00 ▮▮▮ ▮▮▮ Because if I do commit to this I need to build up a plan that fills up "work history" of what I'm going to be doing in this next year off while I study for the lsat/apply to schools

2018-04-18 17:50:27 -05:00 ▮▮▮ ▮▮▮ So maybe you can help me