# ATTACHMENT Q

Message

**From:** █████████████████████████
**Sent:** 1/13/2017 4:24:08 PM
**To:** J██ C████ [thelibertyactiongroup@gmail.com]
**Subject:** RE: CID No. 16-0001-8370

Friday, February 3rd.

████████████

Section Chief - Telephone Privacy
Office of the Indiana Attorney General
302 W. Washington St., 5th Floor
Indiana Government Center South
Indianapolis, IN 46204
Telephone ███████████
Facsimile ███████████

**From:** J██ C████ [mailto:thelibertyactiongroup@gmail.com]
**Sent:** Friday, January 13, 2017 11:06 AM
**To:** Sweeney, Marguerite
**Subject:** Re: CID No. 16-0001-8370

First week of February

On Thu, Jan 12, 2017 at 7:43 AM, ███████████████████████████████████████ > wrote:

What date are you requesting?


████████████

Section Chief - Telephone Privacy Enforcement

Office of the Indiana Attorney General

302 W. Washington St., 5th Floor

Indiana Government Center South

Indianapolis, IN 46204

Telephone ███████████

Facsimile ███████████


**From:** J██ C████ [mailto:thelibertyactiongroup@gmail.com]
**Sent:** Wednesday, January 11, 2017 5:34 PM

**To:** ███████████████
**Subject:** Re: CID No. 16-0001-8370

Hope your Holiday's were pleasant.

Can I get an extension on the following?

On Wed, Nov 30, 2016 at 1:45 PM, ▮ wrote:

I look forward to seeing your response on Jan. 3rd. Thanks.

**From:** J▮ C▮ [mailto:thelibertyactiongroup@gmail.com]
**Sent:** Wednesday, November 30, 2016 4:44 PM

**To:** ▮
**Subject:** Re: CID No. 16-0001-8370

Perfect, thank you.

On Wed, Nov 30, 2016 at 1:43 PM, ▮ wrote:

How about January 3rd?

▮

Section Chief - Telephone Privacy Enforcement

Office of the Indiana Attorney General

302 W. Washington St., 5th Floor

Indiana Government Center South

Indianapolis, IN 46204

Telephone ▮

Facsimile ███

**From:** J██ C██████ [mailto:thelibertyactiongroup@gmail.com]
**Sent:** Wednesday, November 30, 2016 4:42 PM
**To:** Sweeney, Marguerite
**Subject:** Re: CID No. 16-0001-8370

███

We'd like to request a 30 day extension in order to ensure we provide the most accurate information possible.

On Mon, Nov 21, 2016 at 2:33 PM, ████████████████████████████████████████ > wrote:

Dear Mr. C██████,

Thank you for your email and attachments. However, we need a complete response to the Civil Investigative Demand. I have attached the CID in Word format. This should facilitate your complete response. We would appreciate your response by December 1. Contact me if you have any questions. Thank you.

████████████████

Section Chief - Telephone Privacy Enforcement

Office of the Indiana Attorney General

302 W. Washington St., 5th Floor

Indiana Government Center South

Indianapolis, IN 46204

Telephone ███

Facsimile ███

**From:** J███ C███████ [mailto:thelibertyactiongroup@gmail.com]
**Sent:** Tuesday, November 01, 2016 10:07 PM
**To:** ███████████
**Subject:** RE: CID No. 16-0001-8370

Dear Ms. ███████,

I apologize for the delay. Please find the attached formal response.

Thank you

- J██ C████ 

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.