PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TEXAS

FILED
APR 1 9 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

U.S.A. vs. Matthew Nelson Tunstall                                        Docket No. 1:21CR223-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Antonio Newbern , pretrial services/probation officer, presenting an official report upon the conduct of defendant  Matthew Nelson Tunstall , who was placed under pretrial release supervision by the  Magistrate Judge Mark Lane , sitting in the court at  Western District of Texas-Austin  on the  15  date of November , 2021 under the following conditions:

See order setting conditions of release dated November 15, 2021.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 17, 2023, U.S. Probation Officer, Gregory Kwon with the California Central District requested location monitoring be removed from the defendant's conditions of release based on his compliance with supervision.

Pretrial Services advised AUSA Celia Choy of the request to remove location monitoring from the defendant's conditions of release. AUSA Choy indicated she opposed the motion as the defendant is scheduled for sentencing on April 20, 2023 and a substantial sentence may be an incentive to flee.

Pretrial Services also reached out to the defendant's attorney, Worth Carroll. He indicated he was in support of the location monitoring condition being removed from the defendant's conditions of release.

The defendant is scheduled to appear for sentencing on April 20, 2023 before the Honorable Judge Lee Yeakel.

PRAYING THAT THE COURT WILL ORDER a modification of the conditions of release to removed the following conditions: Participate in the Location Monitoring Program marked below and abide by all of the requirements of the program and any indicated restrictions, under the direction of the Supervising Agency. You must pay all or part of the costs of the programs based upon your ability to pay as determined by Supervising Agency. You are financially responsible for any lost or damaged equipment.

PS 8
(Rev. 12/04)

ORDER OF COURT

Considered and ordered this _19th_ day of _April_, _2023_ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/19/2023

_Antonio Newton_

| U.S. Pretrial Services Officer | Phone Number | +1 (737) 281-6014 |

_[signature]_

| Senior U.S. Pretrial Services Officer | Phone Number | +1 (512) 916-5297 |

Place   U.S. Pretrial Services
        501 W. 5th Street, Suite 3200
        Austin, Texas 78701