UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § § § § | CAUSE NO. 1:21-CR-00223-LY |
| MATTHEW TUNSTALL | § | |

### ADVISORY TO THE COURT: OUTSTANDING PSR OBJECTIONS

**TO THE HONORABLE LEE YEAKEL, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS:**

In an attempt to streamline issues, counsel advises the Court of the outstanding legal objections related to the PSR:

| Category | PSR | Gov | Def | Legal Issue |
|---|---|---|---|---|
| 1. Base Offense Level | +6 | +7 | +6 | The parties disagree about the application of USSG §§ 2S1.1 and 2B1.1(a)(2). |
| 2. Loss Amount | +18 | +18 | +16 | The parties disagree about loss. |
| 3. Vulnerable Victims | +0 | +2 | +0 | The parties disagree about the application of USSG § 3A1.1, Application Note 2. |
| 4. Role in Offense | +2 | +4 | +2 | The parties disagree about the application of U.S.S.G. §§ 3B1.1(b)(c). |
| 5. Victims | +2 | +2 | +2 | The parties agree. |
| 6. Sophisticated Means | +2 | +2 | +2 | The parties agree. |
| 7. Laundering | +2 | +2 | +2 | The parties agree. |
| 8. Political Org. | +2 | +2 | +2 | The parties agree. |
| 9. Acceptance | -3 | -3 | -3 | The parties agree. |

| Total | PSR: | Govt: | Def. |
|-------|------|-------|------|
|       | 31   | 36    | 29   |

                                    Respectfully submitted,

                                    **SUMPTER & GONZÁLEZ, L.L.P.**
                                    3011 N. Lamar. Blvd, Ste. 200
                                    Austin, Texas 78705
                                    Telephone: (512) 381-9955
                                    Facsimile:   (512) 485-3121

By: */s/ Worth D. Carroll*
      Worth D. Carroll
      State Bar No. 24091192
      worth@sg-llp.com

                        **ATTORNEY FOR DEFENDANT**
                        **MATTHEW NELSON TUNSTALL**

## CERTIFICATE OF SERVICE

By my signature below, I do hereby certify that on the 18th day of April, 2023, a true and correct copy of the foregoing Advisory to the Court was served on the government via electronic mail.

                                    */s/ Worth D. Carroll*
                                    Worth D. Carroll