AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case                                                    Judgment — Page 2 of 6

DEFENDANT:        MATTHEW NELSON TUNSTALL
CASE NUMBER:      1:21-CR-00223-LY(01)

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of sixty (60) months as to count one and one hundred and twenty (120) months as to count five to run concurrent for a **TOTAL TERM OF ONE HUNDRED AND TWENTY (120) MONTHS.**

      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

The Court makes the following recommendations to the Bureau of Prisons:

      **To designate defendant to a federal facility close to Los Angeles, California in order that the defendant may be near family members during the period of confinement.**

If, for any reason, the Bureau of Prisons does not comply with any recommendation of this Court made in this Judgment and Sentence, the Bureau of Prisons shall immediately notify the Court and any reason therefore.



## RETURN

I have executed this judgment as follows:

_Voluntary Surrender to BOP_

Defendant delivered on _6/05/23_ to _FCI MENDOTA_

at _1400 hrs_, with a certified copy of this judgment.

Susan Pamerleau
United States Marshal
Western District of Texas

UNITED STATES MARSHAL

_Gabriel Rodriguez JA_
By
DEPUTY UNITED STATES MARSHAL