Dear Clerk of The Court:

Please see attached for filing under case TUNSTALL, MATTHEW NELSON

a. Pro-Se Motion for Reduction of Sentence under 18 U.S.C. 3582
b. Letter from defendant
c. Individualized Needs Plan
d. Certificate of Service
e. Certificate of completion of courses

Respectfully,
MATTHEW NELSON TUNSTALL
BOP Inmate ID: 73685509
FCI MENDOTA
P.O. BOX 9
MENDOTA, CA 96340

RECEIVED

DEC 1 2 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Dear Honorable Judge:

I am Matthew Nelson Tunstall, a convicted felon sentenced by this honorable court. Ever since I have been in custody for the past several months, it has given me a lot of time to think and reflect on what I did and how I can change my way of thinking and way of living.

My actions in this instant offense has affected the lives of those whom I love a lot, especially my family. More striking, is that I regrettably contributed to more crimes in this country that is ever so increasing, particularly I feel awful about the families that are truly effected through my actions.

I was selfish, I only thought about myself and providing for my family and now I have lost them and I'm here and they are crying to me over the phone telling me when I'm coming home, this only breaks my heart. As a result of my actions, my family too is paying for my bad decisions.

The only thing that I can tell my family is that I'm working on becoming a better person, that I am working on being a better father. I have also enrolled in parental classes, anger management and drug abuse programs. My commit to myself is that I will enroll in every class available, and take each one seriously so that I can fix my mistakes.

I plan on having a better future by fixing my thinking and taking the appropriate classes and trade classes. I believe my future is bright, and I appreciate that this court has given me a second chance at life once I have served my time. I plan on starting a skill based company upon release, so that I can give my family stability and the financial support that they deserve. I am committed to being a tax paying contributing member of society by living lawfully and humbly.

Since I have been in custody and I have been given time to think, I feel a lot of remorse. I am guilty of the crime that I commited and I will accept the consequences that have been imposed on me.

I pray for mercy, and I respectfully ask this court to grant my motion.

Very truly yours,

Matthew Nelson Tunstall
BOP Inmate ID: 73685509
FCI Mendota
P.O. Box 9
Mendota, CA 93640

 **Individualized Needs Plan - Program Review   (Inmate Copy)**   SEQUENCE: 02329166
Dept. of Justice / Federal Bureau of Prisons                Team Date: 11-22-2023
Plan is for inmate: TUNSTALL, MATTHEW NELSON  73685-509

| | | | |
|---|---|---|---|
| Facility: | MEN  MENDOTA FCI | Proj. Rel. Date: | 10-22-2031 |
| Name: | TUNSTALL, MATTHEW NELSON | Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| Register No.: | 73685-509 | DNA Status: | PREBOP TST / 06-13-2023 |
| Age: | 36 | | |
| Date of Birth: | 02-02-1987 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| NO ASSIGNMENTS | | | |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MEN | ESL HAS | ENGLISH PROFICIENT | 06-05-2023 |
| MEN | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-05-2023 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MEN SCP | C | BEGINNER ACCOUSTIC GUITAR | 06-24-2023 | 09-30-2023 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 06-20-2023 |
| SCRN1 | CCM: HEALTHY/SIMPLE CARE | 05-01-2023 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NOT MED CL | NOT MEDICALLY CLEARED | 05-01-2023 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 06-12-2023 |
| NR PART | NRES DRUG COUNSEL PARTICIPANT | 10-10-2023 |

## FRP Payment Plan

| Most Recent Payment Plan |
|---|

FRP Assignment:    PART    FINANC RESP-PARTICIPATES    Start: 07-06-2023

Inmate Decision:    **AGREED**    **$50.00**              Frequency: **MONTHLY**
Payments past 6 months:    **$0.00**              Obligation Balance: **$200.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $200.00 | IMMEDIATE | AGREED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

## FRP Deposits

Trust Fund Deposits - Past 6 months:    $638.00         Payments commensurate ?   Y
New Payment Plan:    ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|



# Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

**SEQUENCE:** 02329166

Plan is for inmate: TUNSTALL, MATTHEW NELSON  73685-509

**Team Date:** 11-22-2023

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 06-29-2023 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 11-18-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 11-18-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 11-18-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 06-07-2023 |
| N-EDUC N | NEED - EDUCATION NO | 11-18-2023 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 11-18-2023 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 11-18-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 11-18-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 11-18-2023 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 11-18-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 11-18-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES | 11-18-2023 |
| N-WORK N | NEED - WORK NO | 11-18-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 07-18-2023 |

## Progress since last review

You have enrolled in (waitlisted), are participating in, or completed available and/or recommended classes since your last program review.

## Next Program Review Goals

I recommend you enroll in the health and wellness through lifespan class or the brain health as you age class (if offered) by your next program review in May 2024.

## Long Term Goals

I recommend you complete the health and wellness through lifespan class or the brain health as you age class by November 2024.

## RRC/HC Placement

No.
Management decision - Will review 17-19 months to release.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : There is available Residential Re-Entry Centers (RRC) in his release area.
- Offense : The offense details were considered.
- Prisoner : The prisoner's criminal history and background were considered.
- Court Statement : The sentencing court did not make any statement on the judgment and commitment order regarding RRC placement.
- Sentencing Commission : There is no pertinent policy by the sentencing commission

Refer to the comment section of your program review for any further information.

## Comments

** No notes entered **

Case 1:21-cr-00223-RP   Document 157-1   Filed 12/12/23   Page 4 of 7

# Certificate of Completion

## Parenting Phase II

A partnership with the U.S. Attorney's Office, Eastern District of California, Fresno Office and the Federal Bureau of Prisons, Federal Correctional Institution in Mendota, California.

November 1, 2023

In acknowledgement of your efforts at successful Parenting and Re-Entry in completion of 12 hours of "Partners in Parenting."

This certificate is presented to:

## Matthew Tunstall





E. Avila, Counselor, FCI Mendota

Jennifer White, Re-Entry & Prevention Outreach Coordinator

# National Parenting Program
# Phase 1

Presented to

*Mathew Nelson Tunstall*

Federal Correctional Institution, Mendota, California

08/29/2023

This certifies that 4 Hours of Phase I of the National Parenting Program has been successfully completed

Victor Marrero, Re-entry Affairs Coordinator

FCI Mendota

MATHEW TUNSTALL – 73665-509
FCI MENDOTA
PO BOX 9
MENDOTA, CA 93640

CLERK OF THE COURT
U.S. COURTHOUSE
501 WEST 5th St.
AUSTIN, TX 78701

DEC 12 2023

SCREENED BY CSO



FRESNO CA 937
FRI 08 DEC 2023