UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **v.** | § | **CRIMINAL NO. 1:21-CR-00223** |
| **MATTHEW NELSON TUNSTALL** | § | |

### NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION:**

INTO COURT, comes DANIEL WANNAMAKER and file this Notice of Appearance of Counsel on behalf of MATTHEW NELSON TUNSTALL in the above and foregoing matter. Counsel Wannamaker is a member of good standing in the United States District Court for the Southern, Northern, Western, and Eastern Districts of Texas, and the United States Court of Appeals for the Fifth Circuit and the United States Supreme Court.

Respectfully Submitted,

/s/
_____
DANIEL H. WANNAMAKER
13809 Research Blvd., suite 500
Austin, TX  78750
512.236.9929 voice
512.233.5979 fax
dhw@wannamakerlaw.com
TX Bar No. 20834300

## **CERTIFICATE OF SERVICE**

I, Daniel H. Wannamaker, hereby certify that a copy of the foregoing notice was delivered to United States Attorney's Office via electronic filing on May 7, 2024.

/s/
_____
DANIEL WANNAMAKER