Matthew Nelson Tunstall
73685509
FCI Mendoza
PO Box 9
Menota, CA 93640

1:21-cr-223 RP    #169